1  DLA PIPER US LLP
   Roy K. McDonald (State Bar No. 193691)
2  roy.mcdonald@dlapiper.com
   Stephen A. Chiari (State Bar No. 221410)
3  stephen.chiari@dlapiper.com
   153 Townsend Street, Suite 800
4  San Francisco, California 94107-1957
5  Telephone: (415) 836-2547
   Facsimile: (415) 659-7447
6
   Attorneys for Plaintiffs
7  ECHOSTAR SATELLITE L.L.C.,
   ECHOSTAR TECHNOLOGIES CORPORATION
8  and NAGRASTAR L.L.C.
9

10              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  ECHOSTAR SATELLITE L.L.C., a        Case No. CV 07 6124
    Colorado Limited Liability Company,
13  ECHOSTAR TECHNOLOGIES              PLAINTIFFS' CERTIFICATION OF
    CORPORATION, a Texas Corporation,  INTERESTED ENTITIES OR PERSONS
14  and NAGRASTAR L.L.C., a Colorado   PURSUANT TO FED. R. CIV. P. 7.1 AND
    Limited Liability Company,         CIVIL L.R. 3-16
15
16              Plaintiffs,
17       v.
18  FREETECH, INC., a California
    Corporation, and DOES 1-10,
19
20              Defendants.
21

22       Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned

23  certifies that the following listed persons, associations of persons, firms, partnerships,

24  corporations (including parent corporations) or other entities (i) have a financial interest in the

25  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest

26  in that subject matter or in a party that could be substantially affected by the outcome of this

27  proceeding:

28  //

---

                                          PLAINTIFFS' CERTIFICATION OF
                                    1     INTERESTED ENTITIES OR PERSONS

1.     EchoStar Satellite L.L.C. ("ESLLC") is a Colorado limited liability company with its principal place of business at 9601 South Meridian Boulevard, Englewood, Colorado 80112.

2.     EchoStar Technologies Corporation ("ETC") is a Texas corporation with its principal place of business at 90 Inverness Circle East, Englewood, Colorado 80112.

3.     ESLLC and ETC's parent corporation is EchoStar DBS Corporation ("EDBS"). EDBS's parent corporation is EchoStar Orbital Corporation ("EOC"). EOC's parent corporation is EchoStar Communications Corporation ("ECC").

4.     NagraStar L.L.C. ("NagraStar") is a Colorado limited liability company with its principal place of business at 90 Inverness Circle East, Englewood, Colorado 80112. NagraStar is 50% owned by Kudelski SA and 50% owned by ECC.

5.     Kudelski SA is a Swiss company registered in Cheseaux-sur-Lausanne with its place of business at 22, route de Genève, 1033 Cheseaux, Switzerland and is listed on the SWX Swiss Exchange.

6.     ECC is a Nevada corporation with its principal place of business at 9601 South Meridian Boulevard, Englewood, Colorado 80112.

7.     ECC is publicly owned and traded on the NASDAQ national market under the symbol "DISH" and can be considered to directly or indirectly own more than 10% of the stock of ESLLC, ETC, and NagraStar within the meaning of Fed. R. Civ. P. 7.1(a).

DATED: December 3, 2007                          Respectfully submitted,

                                                 DLA PIPER US LLP

                                                 By: _____
                                                 ROY K. McDONALD
                                                 STEPHEN A. CHIARI
                                                 Attorney of Record for Plaintiffs
                                                 ECHOSTAR SATELLITE L.L.C.,
                                                 ECHOSTAR TECHNOLOGIES CORPORATION
                                                 and NAGRASTAR L.L.C.