1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11  ECHOSTAR SATELLITE L.L.C., et al.

No. C  07 6124

12
            Plaintiff(s),          **DECLINATION TO PROCEED BEFORE**
13                                 **A MAGISTRATE JUDGE**
            v.                                 **AND**
14  FREETECH, INC.                 **REQUEST FOR REASSIGNMENT TO A**
                                   **UNITED STATES DISTRICT JUDGE**
15
            Defendant(s).
16  _____/

17
       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
       The undersigned party hereby declines to consent to the assignment of this case to a United
19
   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
   a United States District Judge.
21
22  Dated:  _12/5/07_____       Signature _____

23
                                        Counsel for  Plaintiffs ECHOSTAR, et al.
24                                      (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28