**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ECHOSTAR SATELLITE, LLC., et al.,         Case No. 07-6124 EMC

        Plaintiffs,

    v.

FREETECH, INC., et al.,

        Defendants.
_____/

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

( x )  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(   )  One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

Dated:  December 10, 2007                                    Richard W. Wieking, Clerk
                                                              United States District Court


                                                              _____
                                                              By: Betty Fong, Deputy Clerk