```
 1   T. WADE WELCH & ASSOCIATES
     Richard R. Olsen (pro hac vice pending)
 2   rolsen@twwlaw.com
     Timothy M. Frank (pro hac vice pending)
 3   tfrank@twwlaw.com
     2401 Fountainview, Suite 700
 4   Houston, Texas 77057
 5   Telephone: (713) 952-4334
     Facsimile: (713) 952-4994
 6
     DLA PIPER US LLP
 7   Roy K. McDonald (State Bar No. 193691)
     roy.mcdonald@dlapiper.com
 8   Stephen A. Chiari (State Bar No. 221410)
     stephen.chiari@dlapiper.com
 9   153 Townsend Street, Suite 800
     San Francisco, California 94107-1957
10   Telephone: (415) 836-2547
11   Facsimile: (415) 659-7447

12   Attorneys for Plaintiffs
     ECHOSTAR SATELLITE L.L.C.,
13   ECHOSTAR TECHNOLOGIES CORPORATION
     and NAGRASTAR L.L.C.
14
15
                        UNITED STATES DISTRICT COURT
16                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

17   ECHOSTAR SATELLITE L.L.C., a        | Case No. CV 07 6124 PVT
18   Colorado Limited Liability Company, |
     ECHOSTAR TECHNOLOGIES               | APPLICATION FOR ADMISSION OF
19   CORPORATION, a Texas Corporation,   | TIMOTHY M. FRANK PRO HAC VICE
     and NAGRASTAR L.L.C., a Colorado    |
20   Limited Liability Company,          |
21              Plaintiffs,              |
22        v.                             |
23                                       |
     FREETECH, INC., a California        |
24   Corporation, and DOES 1-10,         |
25              Defendants.              |
26
27
28
```

CV-07-6124                    1    APPLICATION FOR ADMISSION OF
                                   ATTORNEY PRO HAC VICE

1  Pursuant to Civil L.R. 11-3, Timothy M. Frank, an active member in good standing of the
2  bar of Texas, hereby applies for admission to practice in the Northern District of California on a
3  pro hac vice basis representing EchoStar Satellite L.L.C., EchoStar Technologies Corporation,
4  and NagraStar L.L.C. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Roy K. McDonald (State Bar No. 193691) and Stephen A. Chiari (State Bar No. 221410), DLA PIPER US LLP, 153 Townsend Street, Suite 800, San Francisco, CA, 94107-1957, (415) 836-2547.

I declare under the penalty of perjury that the foregoing is true and correct.

_12-05-07_
Date

Timothy M. Frank

CV-07-6124                2   APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*