1   f. WADE WELCH & ASSOCIATES
    Richard R. Olsen (*pro hac vice* pending)
2   rolsen@twwlaw.com
    Timothy M. Frank (*pro hac vice* pending)
3   tfrank@twwlaw.com
    2401 Fountainview, Suite 700
4   Houston, Texas 77057
    Telephone: (713) 952-4334
5   Facsimile: (713) 952-4994

6
    DLA PIPER US LLP
7   Roy K. McDonald (State Bar No. 193691)
    roy.mcdonald@dlapiper.com
8   Stephen A. Chiari (State Bar No. 221410)
    stephen.chiari@dlapiper.com
9   153 Townsend Street, Suite 800
    San Francisco, California 94107-1957
10  Telephone: (415) 836-2547
    Facsimile: (415) 659-7447
11
12  Attorneys for Plaintiffs
    ECHOSTAR SATELLITE L.L.C.,
13  ECHOSTAR TECHNOLOGIES CORPORATION
    and NAGRASTAR L.L.C.
14

15              UNITED STATES DISTRICT COURT
16         FOR THE NORTHERN DISTRICT OF CALIFORNIA

17  ECHOSTAR SATELLITE L.L.C., a        Case No. CV 07-6124 kmc
    Colorado Limited Liability Company,
18  ECHOSTAR TECHNOLOGIES             [PROPOSED] ORDER GRANTING
19  CORPORATION, a Texas Corporation, APPLICATION FOR ADMISSION OF
    and NAGRASTAR L.L.C., a Colorado  TIMOTHY M. FRANK *PRO HAC VICE*
20  Limited Liability Company,

21                    Plaintiffs,

22        v.

23  FREETECH, INC., a California
24  Corporation, and DOES 1-10,

25                    Defendants.

26
27
28

CV-07-6124                              1

1        Timothy M. Frank, an active member in good standing of the bar of Texas whose business

2    address and telephone number is T. Wade Welch & Associates, 2401 Fountainview, Suite 700,

3    Houston, Texas, 77057, (713) 952-4334, having applied in the above-entitled action for

4    admission to practice in the Northern District of California on a *pro hac vice* basis, representing

5    EchoStar Satellite L.L.C., EchoStar Technologies Corporation, and NagraStar L.L.C.

6        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7    conditions of Civil L.R. 11-3.  All papers by the attorney must indicate appearance *pro hac vice*.

8    Service of papers upon and communication with co-counsel designed in the application will

9    constitute notice to the party.  All future filings in this action are subject to the requirements

10    contained in General Order No. 45, *Electronic Case Filing*.

11

12    Dated: _____

13                                        _____

14                                        United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28