1  T. WADE WELCH & ASSOCIATES
   Richard R. Olsen (*pro hac vice* pending)
2  rolsen@twwlaw.com
   Timothy M. Frank (*pro hac vice* pending)
3  tfrank@twwlaw.com
   2401 Fountainview, Suite 700
4  Houston, Texas 77057
   Telephone: (713) 952-4334
5  Facsimile: (713) 952-4994

6
   DLA PIPER US LLP
7  Roy K. McDonald (State Bar No. 193691)
   roy.mcdonald@dlapiper.com
8  Stephen A. Chiari (State Bar No. 221410)
   stephen.chiari@dlapiper.com
9  153 Townsend Street, Suite 800
   San Francisco, California 94107-1957
10 Telephone: (415) 836-2547
   Facsimile: (415) 659-7447
11

12 Attorneys for Plaintiffs
   ECHOSTAR SATELLITE L.L.C.,
13 ECHOSTAR TECHNOLOGIES CORPORATION
   and NAGRASTAR L.L.C.
14

15                UNITED STATES DISTRICT COURT
16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 ECHOSTAR SATELLITE L.L.C., a          Case No. CV 07 6124
   Colorado Limited Liability Company,
18 ECHOSTAR TECHNOLOGIES              APPLICATION FOR ADMISSION OF
   CORPORATION, a Texas Corporation,  RICHARD R. OLSEN *PRO HAC VICE*
19 and NAGRASTAR L.L.C., a Colorado
20 Limited Liability Company,

21                Plaintiffs,

22    v.

23 FREETECH, INC., a California
24 Corporation, and DOES 1-10,

25                Defendants.

26

27

28

   CV-07-6124                           APPLICATION FOR ADMISSION OF
                                        ATTORNEY *PRO HAC VICE*
                        1

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 11-3, Richard R. Olsen, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing EchoStar Satellite L.L.C., EchoStar Technologies Corporation, and NagraStar L.L.C. in the above-entitled action. |

Pursuant to Civil L.R. 11-3, Richard R. Olsen, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing EchoStar Satellite L.L.C., EchoStar Technologies Corporation, and NagraStar L.L.C. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Roy K. McDonald (State Bar No. 193691) and Stephen A. Chiari (State Bar No. 221410), DLA PIPER US LLP, 153 Townsend Street, Suite 800, San Francisco, CA, 94107-1957, (415) 836-2547.

I declare under the penalty of perjury that the foregoing is true and correct.

12-05-07
Date

Richard R. Olsen