T. WADE WELCH & ASSOCIATES
Richard R. Olsen (*pro hac vice* pending)
rolsen@twwlaw.com
Timothy M. Frank (*pro hac vice* pending)
tfrank@twwlaw.com
2401 Fountainview, Suite 700
Houston, Texas 77057
Telephone: (713) 952-4334
Facsimile: (713) 952-4994

DLA PIPER US LLP
Roy K. McDonald (State Bar No. 193691)
roy.mcdonald@dlapiper.com
Stephen A. Chiari (State Bar No. 221410)
stephen.chiari@dlapiper.com
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Telephone: (415) 836-2547
Facsimile: (415) 659-7447

Attorneys for Plaintiffs
ECHOSTAR SATELLITE L.L.C.,
ECHOSTAR TECHNOLOGIES CORPORATION
and NAGRASTAR L.L.C.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>        Plaintiffs,<br><br>    v.<br><br>FREETECH, INC., a California Corporation, and DOES 1-10,<br><br>        Defendants. | Case No. CV 07 6124<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF RICHARD R. OLSEN *PRO HAC VICE*** |

1    Richard R. Olsen, an active member in good standing of the bar of Texas whose business

2    address and telephone number is T. Wade Welch & Associates, 2401 Fountainview, Suite 700,

3    Houston, Texas, 77057, (713) 952-4334, having applied in the above-entitled action for

4    admission to practice in the Northern District of California on a *pro hac vice* basis, representing

5    EchoStar Satellite L.L.C., EchoStar Technologies Corporation, and NagraStar L.L.C.

6    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7    conditions of Civil L.R. 11-3. All papers by the attorney must indicate appearance *pro hac vice*.

8    Service of papers upon and communication with co-counsel designed in the application will

9    constitute notice to the party. All future filings in this action are subject to the requirements

10    contained in General Order No. 45, *Electronic Case Filing*.

11

12    Dated: _____

13                                                    _____
                                                      United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28