**United States District Court**
For the Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  ECHOSTAR SATELLITE LLC ET AL,                No. C 07-06124 JW
8           Plaintiff(s),
                                                CLERK'S NOTICE
9        v.
10 FREETECH INC,
11          Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT due to reassignment a Case Management Conference has been set
16
   before Judge James Ware **March 17, 2008 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street,
17
   San Jose, California. The parties shall file a joint case management conference by March 7, 2008.
18
   Dated: December 12, 2007
19
                                                FOR THE COURT,
                                                Richard W. Wieking, Clerk
20
21
                                                by:  _____/s/_____
22                                                   Elizabeth Garcia
                                                     Courtroom Deputy
23
24
25
26
27
28