| *Attorney or Party without Attorney:*<br>ROY K. MCDONALD<br>DLA PIPER US LLP<br>153 TOWNSEND STREET<br>SUITE 800<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-836-2500    *FAX No:* 415-836-2501 | *For Court Use Only* |
|---|---|

*Attorney for:* Plaintiff

*Ref. No. or File No.:*
1-6

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* ECHOSTAR SATELLITE L.L.C., et al.

*Defendant:* FREETECH, INC.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 07 6124 EMC |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Plaintiffs' Complaint; Plaintiffs' Certification Of Interested Entities Or Persons Pursuant To Fed. R. Civ. P. 7.1 And Civil L.R. 3-16; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assignment For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Notice Of Assigment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright; Letter Of Preservation.

3.  *a. Party served:*  FREETECH, INC.
   *b. Person served:*  HEEJOUN JIN, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*  469 LITTLEFIELD AVENUE
   SOUTH SAN FRANCISCO, CA 94080

5. *I served the party:*
   b. **by substituted service.**  On: Fri., Dec. 07, 2007 at: 4:15PM by leaving the copies with or in the presence of:
   "JOHN DOE", PERSON IN CHARGE, Asian, Male, 45 Years Old, Brown Hair, Brown Eyes, 5 Feet 8 Inches, 140 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* FREETECH, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. DOUG SCHROEDER

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d.  *The Fee for Service was:*

   e.  I am: (3) registered California process server
       *(i)*  Independent Contractor
       *(ii)  Registration No.:*  190
       *(iii)  County:*  Marin

**First Legal Support Services** SM
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Wed, Dec. 12, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(DOUG SCHROEDER)
*6387888.dlapi-sf.102327*

| *Attorney or Party without Attorney:*<br>ROY K. MCDONALD<br>DLA PIPER US LLP<br>153 TOWNSEND STREET<br>SUITE 800<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-836-2500    *FAX: No:* 415-836-2501 | | *Ref. No or File No.:*<br>1-6 | *For Court Use Only* |
|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | | | |
| *Plaintiff:* ECHOSTAR SATELLITE L.L.C., et al. | | | |
| *Defendant:* FREETECH, INC. | | | |

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 07 6124 EMC |
|---|---|---|---|---|

1. I, DOUG SCHROEDER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant FREETECH, INC. as follows:

2. **Documents:** **Summons In A Civil Case; Plaintiffs' Complaint; Plaintiffs' Certification Of Interested Entities Or Persons Pursuant To Fed. R. Civ. P. 7.1 And Civil L.R. 3-16; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assignment For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Notice Of Assigment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright; Letter Of Preservation..**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 12/05/07 | 3:25pm | Business | SUBJECT NOT IN THE OFFICE AT THIS TIME. Attempt made by: DOUG SCHROEDER. Attempt at: 469 LITTLEFIELD AVENUE SOUTH SAN FRANCISCO CA 94080. |
| Thu | 12/06/07 | 9:00am | Business | BUSINESS LOCKED. Attempt made by: DOUG SCHROEDER. Attempt at: 469 LITTLEFIELD AVENUE SOUTH SAN FRANCISCO CA 94080. |
| Thu | 12/06/07 | 12:45pm | Business | BUSINESS LOCKED. Attempt made by: DOUG SCHROEDER. Attempt at: 469 LITTLEFIELD AVENUE SOUTH SAN FRANCISCO CA 94080. |
| Fri | 12/07/07 | 4:15pm | Business | Substituted Service on: FREETECH, INC. Business - 469 LITTLEFIELD AVENUE SOUTH SAN FRANCISCO, CA. 94080 by Serving: HEEJOUN JIN, AUTHORIZED AGENT FOR SERVICE a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: "JOHN DOE", PERSON IN CHARGE, Asian, Male, 45 Years Old, Brown Hair, Brown Eyes, 5 Feet 8 Inches, 140 Pounds. Served by: DOUG SCHROEDER |
| Fri | 12/07/07 | | | Mailed copy of Documents to: FREETECH, INC. |

3. *Person Executing*
   a. DOUG SCHROEDER
   **b. FIRST LEGAL SUPPORT SERVICES**
   1138 HOWARD STREET
   SAN FRANCISCO, CA 94103
   c. (415) 626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:*
*e. I am:* (3) registered California process server
   (i)  Independent Contractor
   (ii) *Registration No.:*    190
   (iii) *County:*    Marin

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

† *Date:* Wed, Dec. 12, 2007    **AFFIDAVIT OF REASONABLE DILIGENCE**    (DOUG SCHROEDER)

| *Attorney or Party without Attorney:*<br>ROY K. MCDONALD<br>DLA PIPER US LLP<br>153 TOWNSEND STREET<br>SUITE 800<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-836-2500    *FAX No:* 415-836-2501 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>1-6 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | | |
| *Plaintiff:* ECHOSTAR SATELLITE L.L.C., et al. | | |
| *Defendant:* FREETECH, INC. | | |

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 07 6124 EMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Plaintiffs' Complaint; Plaintiffs' Certification Of Interested Entities Or Persons Pursuant To Fed. R. Civ. P. 7.1 And Civil L.R. 3-16; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assignment For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Notice Of Assigment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright; Letter Of Preservation.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:                       Fri., Dec. 07, 2007<br>
    b. Place of Mailing:                    SAN FRANCISCO, CA 94103<br>
    c. Addressed as follows:              FREETECH, INC.<br>
                                        469 LITTLEFIELD AVENUE<br>
                                        SOUTH SAN FRANCISCO, CA 94080

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Dec. 07, 2007 in the ordinary course of business.

5. *Person Serving:*                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)<br>
    a. AARON DANIEL                         d. *The Fee for Service was:*<br>
    b. FIRST LEGAL SUPPORT SERVICES     e. I am: Not a Registered California Process Server<br>
        1138 HOWARD STREET<br>
        SAN FRANCISCO, CA 94103<br>
    c. 415-626-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Wed, Dec. 12, 2007