Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

Jonathan Bae (SBN: 229967)
bae@baelawfirm.com
LAW OFFICE OF JONATHAN BAE
2201 Broadway, Suite M5
Oakland, CA 94612
Telephone:   (510) 834-4357
Facsimile:    (510) 663-6731

Attorneys for Defendant
FREETECH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>            Plaintiffs,<br><br>       vs.<br><br>FREETECH, INC., a California Corporation, and DOES 1-10,<br><br>            Defendants. | **Case No. 07-6124 (JW)**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 27, 2007

Respectfully submitted,

WINSTON & STRAWN LLP

By:  /s/
Andrew P. Bridges
Jennifer A. Golinveaux
Matthew A. Scherb

LAW OFFICE OF JONATHAN BAE

By:  /s/
Jonathan Bae

Attorneys for Defendant Freetech, Inc.

**CONCURRENCE IN FILING**

The other signatories above concur in the filing of this pleading.

Dated: December 27, 2007        By:  /s/
Matthew A. Scherb