1  T. WADE WELCH & ASSOCIATES
   Richard R. Olsen (*pro hac vice* pending)
2  rolsen@twwlaw.com
   Timothy M. Frank (*pro hac vice* pending)
3  tfrank@twwlaw.com
   2401 Fountainview, Suite 700
4  Houston, Texas 77057
   Telephone: (713) 952-4334
5  Facsimile: (713) 952-4994

6  DLA PIPER US LLP
7  Roy K. McDonald (State Bar No. 193691)
   roy.mcdonald@dlapiper.com
8  Stephen A. Chiari (State Bar No. 221410)
   stephen.chiari@dlapiper.com
9  153 Townsend Street, Suite 800
   San Francisco, California 94107-1957
10 Telephone: (415) 836-2547
11 Facsimile: (415) 659-7447

12 Attorneys for Plaintiffs
   ECHOSTAR SATELLITE L.L.C.,
13 ECHOSTAR TECHNOLOGIES CORPORATION
   and NAGRASTAR L.L.C.

**FILED**
JAN 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

cc: T. Frank

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>FREETECH, INC., a California Corporation, and DOES 1-10,<br><br>Defendants. | Case No. 07-6124 JW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF TIMOTHY M. FRANK *PRO HAC VICE* |

1  Timothy M. Frank, an active member in good standing of the bar of Texas whose business address and telephone number is T. Wade Welch & Associates, 2401 Fountainview, Suite 700, Houston, Texas, 77057, (713) 952-4334, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing EchoStar Satellite L.L.C., EchoStar Technologies Corporation, and NagraStar L.L.C.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/21/07

*[signature: James Ware]*

United States ~~Magistrate~~ District Judge