# EXHIBIT A



**HOME** | **COMPANY** | **PRODUCTS** | **CAPABILITIES** | **NEWS** | **SUPPORT** | **EMPLOYMENT** | **CONTACT**

## DIGITAL TELEVISION DESIGN
### Powering the free-to-air revolution

E-mail: International.Info@echostar.com

**EchoStar Europe is a tradename of:**

**Eldon Technology Ltd.**
Beckside Design Centre
Millennium Business Park
Station Road
Steeton, KEIGHLEY
BD20 6QW
United Kingdom
Telephone: +44 1535 659000
Fax: +44 1535 659100
Registered in England and Wales: 2211701
Map

**EIC Spain SL**
Calle La Granja 100 Nave 1
Poligono Industrial de Alcobendas
28108 Alcobendas, Madrid, Spain
Telephone: +34 916 592570
Fax: +34 916 542581
VAT: ESB 82876129
Registro Mercantil de Madrid, Tomo 16 788,
Folio 78, Hoja M-286819

**EchoStar Global B.V.**
Schuilenburglaan 5a
7604 BJ Almelo
The Netherlands
Telephone: +31 546 815122
Fax: +31 546 814691
VAT: NL8158.22.108.B01
Chamber of Commerce: 08146937
Map

**EchoStar Ukraine LLC**
7th Floor
11a Novogorodskaya Street
Kharkov
Ukraine
61145
Telephone +38 (0) 5775 22 868
Fax+38 (0) 5775 22 878
Company Registered Number 35247444

EchoStar Europe - Contact

Map

Map

© Copyright 2006 Echostar Europe



 **SET TOP BOXES**



 **SOFTWARE STACKS**

## PRODUCT INFORMATION

EchoStar has been part of the development of digital television since the beginning, and in Europe we've sold millions of receivers for both Free to Air markets and to pay television operators. In addition, our middleware is in over 3 million digital terrestrial receivers.

We have extensive experience in tailoring a design to the particular hardware and software needs of any market in the world. Our efficient hardware designs have been created to minimise the overall costs, no matter what business you are in. We have thoroughly tested software middleware stacks for everyone, from the high end user to the entry level customer.

In addition, we've learned a lot along the way about running uplink centres, call centres, and service centres, along with securing bandwidth streams, writing interactive applications and keeping 12 million subscribers happy. You can circumvent the long learning processes required to gain this knowledge by having us consult with you on your projects.



## COMPANY INFORMATION
### EchoStar Europe

The summer of 2006 marked the start of a new era for EchoStar in Europe. EchoStar's three European offices consisting of 270 employees in the Netherlands, Spain and the UK joined together into one organization by adopting the same trade name – EchoStar Europe.

By combining EchoStar's engineering expertise in Europe and operating under the same trade name, EchoStar Europe is well positioned to create and develop DISH Network technology and extend its use around the world.

EchoStar International Corporation (EIC) started in a rented office in Rotterdam, the Netherlands, in 1988. The following year, it moved to its present location in Almelo, the Netherlands, and became a key center for distributing TV satellite receivers throughout Europe, Africa and the Middle East. As technology developed, EIC's engineering department grew and gained invaluable experience in satellite television design and development.

In 1994, the Spanish office was established in Madrid in order to be closer to the Iberian and North African market that was booming in those years. Following sale of more than 600,000 receivers to the local Spanish TV platform Via Digital in 1997-98, an after-sales service department was established in Madrid.

In 1999, EchoStar Technologies Corporation decided to expand its hardware and software development groups, and looked for a team of engineers that would resemble the spirit of EchoStar in terms of continuously working to create low cost, innovative products and designs. Eldon Technology Limited, a very reputable electronics design house located in West Yorkshire, UK that had been at the forefront of television development since 1988, was an ideal fit. EchoStar acquired Eldon in 1999, and since then the office has become an essential field engineering office of the EchoStar family.

# EXHIBIT B

Support for PBS.org provided by:



philosophy

**philosophy:** learn and grow
100% of the net proceeds from the sale of
the tree house supports PBS® and PBS KIDS®
buy now to support PBS





Monday, January 14, 2008

Explore PBS by topic...

# ABOUT PBS PROGRAMMING

## FREQUENTLY ASKED QUESTIONS ABOUT PBS ON SATELLITE

### Q. How can I receive PBS on my home satellite dish?
A. C-band dish owners can access a clear analog feed of the PBS Satellite Service.

**PBS is transitioning the clear analog C-Band PBS National Satellite Service from Intelsat Americas 6 (IA-6) to SES Americom AMC-4. Starting April 1, 2006, the C-band feed will be available on AMC-4 (101 degrees West Longitude) Transponder 16-C (Horizontal Polarity). After May 31, 2006, the C-band feed will no longer be available on IA-6.**

DirecTV, Pegasus, and Dish Network (EchoStar) viewers also receive PBS, either as part of a local channels package, or through the PBS National Feed for those who are as yet unable to receive local stations. Contact your service provider for more information about how to receive PBS in your viewing area.

### Q. How can I support PBS?
A. Your support of your local PBS stations makes the PBS national satellite service and all the great PBS programming possible. Even if you do not receive local channels on your home satellite, PBS encourages you to support your local station. Please visit **Support PBS** for more information and instructions on how to give to your local station.

### Q. Where can I get a program guide?
A. All program information is available on-line.
**C-band Schedule**
**DirecTV/DishNetwork/Pegasus Schedule**

### Q. Why has my PBS schedule changed?
A. As DirecTV/Pegasus and DishNetwork launch more local markets, viewers are able to receive their local PBS station over satellite. These local stations differ from the generic national feed in many ways. First, prime time programs like NOVA and Masterpiece Theater are no longer delayed by 24 hours. Second, each local station designs a program schedule tailored to their community, featuring such additions as local productions, public affairs, and select non-commercial programs. We hope that you will support this transition because public television is, and will remain, a locally-based broadcasting service.
**More information on DirecTV's Local Markets**
**More information on DISH Network's Local Markets**

### Q. I live full time in a recreational vehicle. How can I receive PBS?
A. Please follow the links below to information on receiving the national feed in your recreational vehicle.
**DirecTV**

▶ **ABOUT PBS**
PBS Awards
Corporate Facts
PBS Foundation
PBS FAQ
Industry Partners
Job Opportunities
PBS News
PBS Programming
 ▸ Digital Television
 ▸ Program Contacts
 ▸ Programs A-Z
 ▸ Satellite Services
 ▸ Sponsorship Opportu

PBS Editorial Standards
Producing for PBS
Sponsorship
Support PBS

▶ **ABOUT THIS SITE**
▶ **STATION FINDER**

**DISH Network**

## Q. I have DirecTV or Dish Network. Why is some of our programming delayed 24 hours?

A. If you do not receive local channels, the PBS National Satellite Service on DirecTV and DISH Network delays most primetime programming 24 hours to encourage viewers to watch and support their local PBS station. Some timely PBS programming, including THE NEWSHOUR WITH JIM LEHRER, WASHINGTON WEEK, and WALL $TREET WEEK and others air on their same day and time. Check the **online program guide** for the complete schedule.

## Q. I live outside North America. Can I watch PBS?

A. Unfortunately, PBS programming is not currently available outside of North America. The footprint of our domestic satellite does not reach outside of North America and cable providers are not licensed to carry the PBS signal outside of the continent.

## Q. I live in Canada and have a small satellite dish. What station am I watching?

A. Canadian DBS providers do carry local public television stations from the U.S. For specific information about these channels being carried, please check with your DBS provider to find your station and from where it originates. You can then find information about that station and their program schedule using the **PBS Station Finder**. Just choose the station state instead of using the zip code function.

About PBS | About this Site | Support PBS | Producing for PBS | TV Schedules | Station Finder
Arts & Drama | History | Home & Hobbies | Life & Culture | News & Views | Science & Nature
Feedback | Privacy Policy | Terms of Use

Copyright © 1995 - 2008 Public Broadcasting Service (PBS). All rights reserved.

NASA - Digital NASA TV

Username | 

NASA Home | Multimedia | NASA TV

› Log In | › Sign Up

› More Preferences

Send    Bookmark    Print    **Search**

1/15/2008

## Multimedia

**Images**
Featured Images
Image of the Day Gallery
Image Usage Guidelines

**Videos**
Featured Videos
HD Videos
Browsers, Players & Plugins

**Podcasts**

**Interactive Features**

**NASA TV**
Watch NASA TV
NASA TV Schedule

**RSS Feeds**

**Blogs**

**Worldbook@NASA**

## NASA TV

Text Size

**Digital NASA TV**                                    **09.06.07**

NASA TV's Public, Education and Media channels are available on an MPEG-2 digital C-band signal via satellite on AMC 6, Transponder 17C in continental North America. In Alaska and Hawaii, they're available on AMC 7, Transponder 18C. Analog NASA TV is no longer available.

+ For Satellite Dish Owners

+ For Educators

+ For Media

+ For Cable or Satellite Service Providers

**What is Digital NASA TV?**

Digital NASA TV has four digital channels:

1.  NASA Public ("Free to Air"), featuring documentaries, archival programming, and coverage of NASA missions and events;
2.  NASA Education ("Free to Air/Addressable"), dedicated to providing educational programming to schools, educational institutions and museums;
3.  NASA Media ("Addressable"), for broadcast news organizations; and
4.  NASA Mission Operations (Internal Only)

Note: Digital NASA TV channels may not always have programming on every channel simultaneously.

**Why is NASA TV digital?**

Digital NASA TV system provides higher quality images and better use of satellite bandwidth, meaning multiple channels from multiple NASA program sources at the same time.

**Can I watch NASA TV on the Web?**

Yes, NASA TV's Public, Education and Media channels are streamed here on the Web. All you need is access to a computer.

**Can I get digital NASA TV from my local cable or satellite service provider?**

The NASA TV Public and Educational channels are "free-to-air," meaning your cable or satellite service provider can carry them at no cost. Contact your local cable or satellite service provider about carrying NASA TV.

+ Back to Top of Page

**I have my own C-band-sized satellite dish. What else do I need to get the digital NASA TV Public Channel?**

If your C-Band-sized satellite dish is capable of receiving digital television signals, you still need a Digital Video Broadcast (DVB)-compliant MPEG-2 Integrated Receiver Decoder, or IRD, to get Digital NASA's Public "Free to Air" Channel.

An IRD that receives "Free to Air" programming like the Digital NASA TV Public Channel can be purchased from many sources, including "off-the-shelf" at your local electronics store.

Digital NASA TV is on satellite AMC 6, Transponder 17. In Alaska and Hawaii, digital NASA TV is available on AMC7, Transponder 18C.

Digital NASA TV is on the same satellite (AMC 6) as the analog NASA TV was, but on a different transponder (17). In Alaska and Hawaii, digital NASA TV is available on AMC7, Transponder 18C.

**NASA TV provides only C-band digital service (no Ku-band).**

Here is additional satellite information you may find helpful.

**Digital Satellite C-Band Downlink for continental North America:**
Uplink provider = Americom
Satellite = AMC 6
Transponder = 17C
72 Degrees West

Downlink Frequency: 4040 Mhz

Polarity: Vertical

FEC = 3/4

Data Rate r= 36.860 MHz

Symbol = 26.665 Ms

Transmission = DVB

**"Public" Programming:**

Program = 101 (HQ1), Video PID = 0111 decimal = 0x006F, Audio PID = 0114 decimal =0x0072, AC-3 PID = 0115 decimal = 0x0073

**"Education" Programming:**

Program = 102 (HQ2), Video PID = 0121 decimal = 0x0079, Audio PID = 0124 decimal =0x007C, AC-3 PID = 0125 decimal = 0x007D

**"Media" Programming:**

Program = 103 (HQ3), Video PID = 1031 decimal = 0x0407, Audio PID = 1034 decimal =0x040A, AC-3 PID = 1035 decimal = 0x040B

**"SOMD" Programming:**

Program = 104 (HQ4), Video PID = 1041 decimal = 0x0411, Audio PID = 1044 decimal =0x0414, AC-3 PID = 1045 decimal = 0x0415

**Digital C-Band Satellite Downlink for Alaska and Hawaii:**

Uplink provider = Americom

Satellite = AMC 7

Transponder = 18C

137 Degrees West

Downlink Frequency: 4060 Mhz

Polarity: Vertical

FEC = 3/4

Data Rate = 36.860 MHz

Symbol = 26.665 Ms

Transmission = DVB

**"Public" Programming:**

Program = 101 (HQ1), Video PID = 0111 decimal = 0x006F, Audio PID = 0114 decimal =0x0072, AC-3 PID = 0115 decimal = 0x0073

**"Education" Programming:**

Program = 102 (HQ2), Video PID = 0121 decimal = 0x0079, Audio PID = 0124 decimal =0x007C, AC-3 PID = 0125 decimal = 0x007D

**"Media" Programming:**

Program = 103 (HQ3), Video PID = 1031 decimal = 0x0407, Audio PID = 1034 decimal =0x040A, AC-3 PID = 1035 decimal = 0x040B

**"SOMD" Programming:**

Program = 104 (HQ4), Video PID = 1041 decimal = 0x0414, Audio PID = 1044 decimal =0x0414, AC-3 PID = 1045 decimal = 0x0415

NOTES:

1. SOMD = Space Operations Mission Directorate

2. PCR (program clock reference) information is included within the Video PID by the Harmonic Encoders used by NASA TV

3. PMT (Transport Stream Program Map Table) settings are as follows:

Program = 101 (HQ1) = 0110 decimal = 0x006E

Program = 102 (HQ2) = 0120 decimal = 0x0078

Program = 103 (HQ3) = 1030 decimal = 0x0406

Program = 104 (HQ4) = 1040 decimal = 0x0410

A 'C Band' size satellite dish is needed to receive multi-channel NASA TV. It may also be necessary to modify some of your dish hardware, such as LNBs, to optimize performance. LNB's that are "phase locked" are recommended, though many models of "non-phase locked" LNB's should work. Check with your particular manufacturer for recommendations. NASA TV will not be making vendor specific recommendations and is not responsible for providing any downlink infrastructure.

**LNB Recommended Minimum Specifications:**

Frequency Stability: +/- 1.0 MHz

SSB Phase Noise:

Offset dBc/Hz

| Offset | dBc/Hz |
|--------|--------|
| 1 kHz | -60 |
| 10 kHz | -75 |
| 100 kHz | -85 |

Voltage: 15 to 24 VDC

Current: 100 to 250 ma.

**NASA TV provides only C-band digital service (no Ku-band).**

+ Back to Top of Page

**I'm an educator who works for a school, educational institution or museum. What equipment will my organization need to get the digital NASA TV Education Channel?**

If you have a C-Band-size satellite dish capable of receiving digital television signals, you still need a Digital Video Broadcast (DVB)-compliant MPEG-2 Integrated Receiver Decoder, or IRD, to get the digital NASA TV Education Channel. Your IRD will provide access to the digital NASA TV Public Channel, as well, which also offers education materials.

An IRD that receives "Free to Air" programming like the new digital NASA TV Education Channel can be purchased from many sources, including "off-the-shelf" at your local electronics store.

Occasionally, the new digital NASA TV Education Channel may provide its programming in an "addressable" format. If your institution were to purchase an "addressable" IRD with "store-and-forward" capabilities, the digital NASA TV Education Channel could, from time to time, "address," or send specific programming to your IRD's hard drive for playback and use at your convenience. An "addressable" IRD has great potential for educational activities as NASA could offer programming designed specifically for a targeted educational audience. For technical specifications and pricing, visit http://www.nasadigitaltv.com.

Digital NASA TV is on satellite AMC 6, Transponder 17. In Alaska and Hawaii, digital NASA TV is available on AMC7, Transponder 18C.

**NASA TV provides only C-band digital service (no Ku-band).**

Here is additional satellite information you may find helpful:

**Digital Satellite C-Band Downlink for continental North America:**

Uplink provider = Americom

Satellite = AMC 6

Transponder = 17C

72 Degrees West

Downlink Frequency: 4040 Mhz

Polarity: Vertical

FEC = 3/4

Data Rate r= 36.860 MHz

Symbol = 26.665 Ms

Transmission = DVB

**"Public" Programming:**

Program = 101 (HQ1), Video PID = 0111 decimal = 0x006F, Audio PID = 0114 decimal =0x0072, AC-3 PID = 0115 decimal = 0x0073

**"Education" Programming:**

Program = 102 (HQ2), Video PID = 0121 decimal = 0x0079, Audio PID = 0124 decimal =0x007C, AC-3 PID = 0125 decimal = 0x007D

**"Media" Programming:**

Program = 103 (HQ3), Video PID = 1031 decimal = 0x0407, Audio PID = 1034 decimal =0x040A, AC-3 PID = 1035 decimal =

0x040B

**"SOMD" Programming:**

Program = 104 (HQ4), Video PID = 1041 decimal = 0x0411, Audio PID = 1044 decimal =0x0414, AC-3 PID = 1045 decimal = 0x0415

**Digital C-Band Satellite Downlink for Alaska and Hawaii:**

Uplink provider = Americom

Satellite = AMC 7

Transponder = 18C

137 Degrees West

Downlink Frequency: 4060 Mhz

Polarity: Vertical

FEC = 3/4

Data Rate = 36.860 MHz

Symbol = 26.665 Ms

Transmission = DVB

**"Public" Programming:**

Program = 101 (HQ1), Video PID = 0111 decimal = 0x006F, Audio PID = 0114 decimal =0x0072, AC-3 PID = 0115 decimal = 0x0073

**"Education" Programming:**

Program = 102 (HQ2), Video PID = 0121 decimal = 0x0079, Audio PID = 0124 decimal =0x007C, AC-3 PID = 0125 decimal = 0x007D

Programming:

Program = 103 (HQ3), Video PID = 1031 decimal = 0x0407, Audio PID = 1034 decimal =0x040A, AC-3 PID = 1035 decimal = 0x040B

**"SOMD" Programming:**

Program = 104 (HQ4), Video PID = 1041 decimal = 0x0411, Audio PID = 1044 decimal =0x0414, AC-3 PID = 1045 decimal = 0x0415

NOTES:

1. SOMD = Space Operations Mission Directorate
2. PCR (program clock reference) information is included within the Video PID by the Harmonic Encoders used by NASA TV
3. PMT (Transport Stream Program Map Table) settings are as follows:

Program = 101 (HQ1) = 0110 decimal = 0x006E

Program = 102 (HQ2) = 0120 decimal = 0x0078

Program = 103 (HQ3) = 1030 decimal = 0x0406

Program = 104 (HQ4) = 1040 decimal = 0x0410

A 'C Band' size satellite dish is needed to receive multi-channel NASA TV. It may also be necessary to modify some of your dish hardware, such as LNBs, to optimize performance. LNB's that are "phase locked" are recommended, though many models of "non-phase locked" LNB's should work. Check with your particular manufacturer for recommendations. NASA TV will not be making vendor specific recommendations and is not responsible for providing any downlink infrastructure.

**LNB Recommended Minimum Specifications:**

Frequency Stability: +/- 1.0 MHz

SSB Phase Noise:

Offset    dBc/Hz

1 kHz    -60

10 kHz    -75

100 kHz    -85

Voltage: 15 to 24 VDC

Current: 100 to 250 ma.

**NASA TV provides only C-band digital service (no Ku-band).**

+ Back to Top of Page

**I'm a member of the media and want to participate in live shot interviews, receive Video File news feeds, press conferences and other media updates. What does my news organization need?**

Media content, such as live shot interviews and Video File feeds, are offered on its own NASA TV Media Channel with an "addressable" IRD capability. With new "store-and-forward" capable IRDs, NASA content can be "pushed" to your IRD's hard drive for playback and use at your convenience. No need to monitor NASA TV at a specific time each day with your tapes rolling. For technical specifications and pricing, visit http://www.nasadigitaltv.com.

Digital NASA TV is on satellite AMC 6, Transponder 17. In Alaska and Hawaii, digital NASA TV is available on AMC7, Transponder 18C.

**NASA TV provides only C-band digital service (no Ku-band).**

Here is additional satellite information you may find helpful:

**Digital Satellite C-Band Downlink for continental North America:**

Uplink provider = Americom

Satellite = AMC 6
Transponder = 17C
72 Degrees West
Downlink Frequency: 4040 Mhz
Polarity: Vertical
FEC = 3/4
Data Rate r= 36.860 MHz
Symbol = 26.665 Ms
Transmission = DVB
**"Public" Programming:**
Program = 101 (HQ1), Video PID = 0111 decimal = 0x006F, Audio PID = 0114 decimal =0x0072, AC-3 PID = 0115 decimal =
0x0073
**"Education" Programming:**
Program = 102 (HQ2), Video PID = 0121 decimal = 0x0079, Audio PID = 0124 decimal =0x007C, AC-3 PID = 0125 decimal =
0x007D
**"Media" Programming:**
Program = 103 (HQ3), Video PID = 0131 decimal = 0x0407, Audio PID = 1034 decimal =0x040A, AC-3 PID = 1035 decimal =
0x040B
**"SOMD" Programming:**
Program = 104 (HQ4), Video PID = 0141 decimal =0x0411, Audio PID = 1044 decimal =0x0414, AC-3 PID = 1045 decimal =
0x0415

**Digital C-Band Satellite Downlink for Alaska and Hawaii:**
Uplink provider = Americom
Satellite = AMC 7
Transponder = 18C
137 Degrees West
Downlink Frequency: 4060 Mhz
Polarity: Vertical
FEC = 3/4
Data Rate r= 36.860 MHz
Symbol = 26.665 Ms
Transmission = DVB
**"Public" Programming:**
Program = 101 (HQ1), Video PID = 0111 decimal = 0x006F, Audio PID = 0114 decimal =0x0072, AC-3 PID = 0115 decimal =
0x0073
**"Education" Programming:**
Program = 102 (HQ2), Video PID = 0121 decimal = 0x0079, Audio PID = 0124 decimal =0x007C, AC-3 PID = 0125 decimal =
0x007D

**"Media" Programming:**

Program = 103 (HQ3), Video PID = 1031 decimal = 0x0407, Audio PID = 1034 decimal =0x040A, AC-3 PID = 1035 decimal = 0x040B

**"SOMD" Programming:**

Program = 104 (HQ4), Video PID = 1041 decimal = 0x0411, Audio PID = 1044 decimal =0x0414, AC-3 PID = 1045 decimal = 0x0415

NOTES:

1. SOMD = Space Operations Mission Directorate

2. PCR (program clock reference) information is included within the Video PID by the Harmonic Encoders used by NASA TV

3. PMT (Transport Stream Program Map Table) settings are as follows:

Program = 101 (HQ1) = 0110 decimal = 0x006E
Program = 102 (HQ2) = 0120 decimal = 0x0078
Program = 103 (HQ3) = 1030 decimal = 0x0406
Program = 104 (HQ4) = 1040 decimal = 0x0410

A 'C Band' size satellite dish is needed to receive multi-channel NASA TV. It may also be necessary to modify some of your dish hardware, such as LNBs, to optimize performance. LNB's that are "phase locked" are recommended, though many models of "non-phase locked" LNB's should work. Check with your particular manufacturer for recommendations. NASA TV will not be making vendor specific recommendations and is not responsible for providing any downlink infrastructure.

**LNB Recommended Minimum Specifications:**

Frequency Stability: +/- 1.0 MHz

SSB Phase Noise:

Offset   dBc/Hz

Offset   dBc/Hz

1 kHz    -60

10 kHz   -75

100 kHz  -85

Voltage: 15 to 24 VDC
Current: 100 to 250 ma.

**NASA TV provides only C-band digital service (no Ku-band).**

+ Back to Top of Page

**I'm a local cable or satellite service provider. What do I need to carry the digital NASA Public Channel?**

Assuming you already have the necessary hardware (C-Band-size receiver and IRD) here's satellite information you and/or your technical staff should find helpful:

Digital NASA TV is on satellite AMC 6, Transponder 17. In Alaska and Hawaii, digital NASA TV is available on AMC7, Transponder 18C.

**NASA TV provides only C-band digital service (no Ku-band).**

Here is additional satellite information you may find helpful:

**Digital Satellite C-Band Downlink for continental North America:**

Uplink provider = Americom
Satellite = AMC 6
Transponder = 17C
72 Degrees West
Downlink Frequency: 4040 Mhz
Polarity: Vertical
FEC = 3/4
Data Rate = 36.860 MHz
Symbol = 26.665 Ms
Transmission = DVB
**"Public" Programming:**
Program = 101 (HQ1), Video PID = 0111 decimal = 0x006F, Audio PID = 0114 decimal =0x0072, AC-3 PID = 0115 decimal = 0x0073
**"Education" Programming:**
Program = 102 (HQ2), Video PID = 0121 decimal = 0x0079, Audio PID = 0124 decimal =0x007C, AC-3 PID = 0125 decimal = 0x007D
**"Media" Programming:**
Program = 103 (HQ3), Video PID = 1031 decimal = 0x0407, Audio PID = 1034 decimal =0x040A, AC-3 PID = 1035 decimal = 0x040B
**"SOMD" Programming:**
Program = 104 (HQ4), Video PID = 1041 decimal = 0x0411, Audio PID = 1044 decimal =0x0414, AC-3 PID = 1045 decimal = 0x0415

**Digital C-Band Satellite Downlink for Alaska and Hawaii:**

Uplink provider = Americom
Satellite = AMC 7

Transponder = 18C

137 Degrees West

Downlink Frequency: 4060 Mhz

Polarity: Vertical

FEC = 3/4

Data Rate = 36.860 MHz

Symbol = 26.665 Ms

Transmission = DVB

**"Public" Programming:**

Program = 101 (HQ1), Video PID = 0111 decimal = 0x006F, Audio PID = 0114 decimal =0x0072, AC-3 PID = 0115 decimal = 0x0073

**"Education" Programming:**

Program = 102 (HQ2), Video PID = 0121 decimal = 0x0079, Audio PID = 0124 decimal =0x007C, AC-3 PID = 0125 decimal = 0x007D

**"Media" Programming:**

Program = 103 (HQ3), Video PID = 1031 decimal = 0x0407, Audio PID = 1034 decimal =0x040A, AC-3 PID = 1035 decimal = 0x040B

**"SOMD" Programming:**

Program = 104 (HQ4), Video PID = 1041 decimal = 0x0411, Audio PID = 1044 decimal =0x0414, AC-3 PID = 1045 decimal = 0x0415

NOTES:

1. SOMD = Space Operations Mission Directorate

2. PCR (program clock reference) information is included within the Video PID by the Harmonic Encoders used by NASA TV

3. PMT (Transport Stream Program Map Table) settings are as follows:

Program = 101 (HQ1) = 0110 decimal = 0x006E

Program = 102 (HQ2) = 0120 decimal = 0x0078

Program = 103 (HQ3) = 1030 decimal = 0x0406

Program = 104 (HQ4) = 1040 decimal = 0x0410

A 'C Band' size satellite dish is needed to receive multi-channel NASA TV. It may also be necessary to modify some of your dish hardware, such as LNBs, to optimize performance. LNB's that are "phase locked" are recommended, though many models of "non-phase locked" LNB's should work. Check with your particular manufacturer for recommendations. NASA TV will not be making vendor specific recommendations and is not responsible for providing any downlink infrastructure.

**LNB Recommended Minimum Specifications:**

Frequency Stability: +/- 1.0 MHz

SSB Phase Noise:

NASA - Digital NASA TV

Offset dBc/Hz

| Offset | dBc/Hz |
|--------|--------|
| 1 kHz | -60 |
| 10 kHz | -75 |
| 100 kHz | -85 |

Voltage: 15 to 24 VDC
Current: 100 to 250 ma.

**NASA TV provides only C-band digital service (no Ku-band).**

+ Back to Top of Page

GLOSSARY OF TERMS

"Addressable" – A type of IRD (Integrated Receiver Decoder) that can not only receive "free to air" digital TV signals but can also receive and store specially encrypted programming for rebroadcast.

DVB – Digital video broadcast.

FEC – Forward Error Correction

"Free to Air" – A TV channel that local cable and satellite service providers are "free to air" at no cost. Your basic, commercial "off-the-shelf" IRD can tune a "free to air" digital TV channel, provided you have a C-Band-size satellite receiving dish.

IRD - Integrated Receiver Decoder, a piece of equipment used to tune a digital TV signal.

LNB – Low Noise Block/Converter.

NTSC – National Television System Committee. The group responsible for setting the television and video standard used in the United States. NTSC also refers to the standard itself. (In Europe and elsewhere, PAL and SECAM are the dominant standards.)

PID – Program Identifier

SOMD – Space Operations Mission Directorate

TBD – To Be Determined.

Case 5:07-cv-06124-JW    Document 16-2    Filed 01/16/2008    Page 21 of 34

NASA will update this Web page as new information becomes available.

Questions? Concerns? E-mail public-inquiries@hq.nasa.gov.

+ Back to Top of Page

› Back To Top

Page Last Updated:November 28, 2007
Page Editor:Brian Dunbar
NASA Official:Brian Dunbar

Budgets, Strategic Plans and
Accountability Reports
Equal Employment Opportunity Data
Posted Pursuant to the No Fear Act
Information-Dissemination Policies
and Inventories

Freedom of Information Act;
President's Management Agenda
Privacy Policy & Important Notices
Inspector General Hotline

Contact NASA
Site Map
USA.gov
ExpectMore.gov





**UPDATED ON:**
SUNDAY, DECEMBER 09, 2007
13:14 MECCA TIME, 10:14 GMT

**ALJAZEERA**.NET

**WATCH NOW**
**FRONT PAGE**

AFRICA
AMERICAS
ASIA-PACIFIC
CENTRAL/S. ASIA
EUROPE
MIDDLE EAST

FOCUS
BUSINESS
SPORT
PROGRAMMES
WEATHER
YOUR VIEWS

SEARCH
ABOUT US
ARABIC
DOCUMENTARY

LOG IN

## ABOUT US

## How to watch Al Jazeera English




**World Satellite Map excluding Europe**



**Europe Satellite Map**

## European coverage:

| Satellite | Orbital | Transponder | Frequency | FEC | Symbol Rate |
|---|---|---|---|---|---|
| Astra 1KR | 19.2 E | 20 | 11508 MHz V | 5/6 | 22000 |
| Eurobird | 28.5 E | D12S | 11680 MHz V | 2/3 | 27500 |
| Hotbird 6 | 13 E | 126 | 11034 MHz V | 3/4 | 27500 |
| Hispasat 1C | 30 W | 60 | 12092 MHz V | 3/4 | 27500 |
| Thor 3 | 0.8 W | 36 | 12398 MHz H | 7/8 | 28000 |

## Rest of the World:

| Satellite | Orbital | Transponder | Frequency | FEC | Symbol Rate |
|---|---|---|---|---|---|
| Asiasat 3S | 105.5 E | 4H | 3760 MHz H | 7/8 | 26000 |
| Badr 4 | 26.0 E | 17 | 12034 MHz H | 3/4 | 27500 |
| Badr C | 25.8 E | 15 | 3996 MHz V | ** | ** |
| IA 5 | 97 W | 16 | 11999 MHz H | 2/3 | 20000 |
| Galaxy 23 | 121 W | 10 | 3900 MHz V | 3/4 | 27684 |
| Nilesat 101 | 7 W | 16 | 12015 MHz V | 3/4 | 27500 |
| Optus B3 | 152 E | 11U | 12452 MHz H | 3/4 | 22500 |
| Optus C1* | 156 E | 2 | 12367 MHz V | 3/4 | 27800 |
| Intelsat 9 | 58W | 7C | 3840 MHz H | 7/8 | 27690 |
| Intelsat 10 | 68.5 E | 8C | 4064 MHz H | 7/8 | 19850 |
| Turksat 2A | 42 E | 22 | 12139 MHz H | 3/4 | 2222 |

* Optus C1 set-up also requires PID information: for AJI the Video is 1121, the Audio is 1122.
** No FEC or Symbol Rate for Badr C as this is an analogue signal.
- Galaxy 23 (G-23) is the new name for IA-13 (Telstar 13).
- Intelsat 9 (IS-9) is the new name for PAS-9.
- Intelsat 10 (IS-10) is the new name for PAS-10.

## Al Jazeera can also be seen on these platforms:

| | |
|---|---|
| **Afghanistan** | Tolo TV |
| **Australia** | TPG (Broadband)<br>Transact (Canberra)<br>UBI TV - Channel 2 |
| **Bangladesh** | Air Link Cable TV Network<br>(includes many small operators) |
| **Belgium** | TV Vlaanderen (Satellite) - Channel 54<br>Telenet Cable |
| **Bosnia & Herzegovina** | Dzemo<br>H & S<br>Kablovska Televizija<br>KTV EGE |
| **Bulgaria** | SKAT<br>ITV Partner (Satellite) |
| **Croatia** | Vodatel d.o.o. |
| **Cyprus** | Primetel |
| **Czech Republic** | UPC Direct |

| | |
|---|---|
| **Denmark** | Canal Digital Nordic - Channel 57 |
| | Tele Danmark (Cable) |
| **Egypt** | Mobinil |
| **Estonia** | AS STV |
| | City TV |
| | Elion Ettevotted AS |
| | Teleset AS |
| **Fiji** | TV2 (Terrestrial) |
| **Finland** | Canal Digital Nordic - Channel 57 |
| | TTV/Elisa Co-operation Pool |
| | [includes: TTV OY, Elisa Oyi, Hameen Puhelin Oy, Forssan Seudun Puhelin Oy and Etela-Satakunnan Puhelin Oy] |
| | Welho - Helsinki TV (Cable) |
| **France** | Canal Satellite - Channel 331 |
| | Free SAS (mainly Paris) |
| | Neuf/Cegetel |
| | Noos/Numericable - Channel 64 |
| | T-Online France |
| | Tele 2 France SAS |
| | TPS - Channel 330 |
| | TV Alice |
| **Germany** | DNMG |
| | HanseNet Telecommunikation GmbH (IPTV) |
| | Kabel BW |
| | Kabel Deutschland |
| | Kabel Kiosk (Eutelsat) |
| | KDG (including Premiere) |
| | Martens GmbH |
| | Netcologne (Broadband) |
| | Premiere (FTA Digital Feeds) |
| | Telecolumbus |
| | Unity (Ish Cable, Iesy Cable) |
| | Willhelm.tel |
| **Ghana** | Metro TV |
| **Greece** | Nova |
| | Teledome DSL |
| | Vivodi |
| **Honduras** | Cable Sula Group |
| **Hong Kong** | HK Broadband (IPTV) |
| **Hungary** | Actel (IPTV) |
| | Digit (IPTV) |
| | SAI |
| | UPC Hungary |
| **Iceland** | Icelandic Television Company - Skjarinn |
| **Indonesia** | Indovision |
| | Joyja MediaNet |
| | Kabelvision |
| | Safindo Cable |
| | XL |
| **Ireland** | 3 Play Plus |
| | NTL Ireland/UPC |
| | Sky Digital (Satellite) - Channel 514 |
| **Israel** | YES - Channel 108 |
| | Pelephone, Cellcom & Orange |
| **Italy** | Sky Italia (Satellite) - Channel 522 |

| | |
|---|---|
| **Japan** | Digisat (IPTV) |
| | Gotcha |
| **Jordan** | Fastlink |
| | Jump TV |
| | Mobilecom |
| | Umniah |
| **Kenya** | Nation TV (Terrestrial) |
| | Oxygen Kenya (DTT) |
| | STV Kenya (Terrestrial) |
| **Kuwait** | United Network Company |
| **Latvia** | Baltkom |
| | IZZI TV |
| **Lebanon** | Cablevision |
| | Econet Cable |
| **Lithuania** | Balticom |
| | Rygveda (Cable) |
| **Macau** | Macau Cable |
| **Malaysia** | Astro |
| **Maldives** | B-Net |
| | Media Net |
| | TV Maldives (Terrestrial) |
| **Mauritius** | London Satellite Systems |
| **Malta** | Multiplus |
| **Middle East** | Arabsat (Satellite) |
| | ART |
| | Nilesat (Satellite) |
| | Orbit (Satellite) |
| | Showtime |
| **Morocco** | Telecom |
| **The Netherlands** | CAI Westland (Cable) |
| | Canal Digitaal - Channel 64 |
| | Essent (North Holland) |
| | Xtra Televisie (South Holland) |
| **Netherlands Antilles** | Curacao Cable TV |
| **New Zealand** | Mainland Broadcasting (Terrestrial) |
| | ORCUS |
| | Triangle Television |
| **Norway** | Canal Digital Nordic - Channel 57 |
| | Canal Digital Norway (Cable) |
| | Comvie A/S |
| | Consoll IPTV |
| | Get (formerly UPC Norway) |
| | iJVISJON |
| | NextGenTel |
| **Philippines** | Destiny Cable |
| **Poland** | Cyfra Plus |
| | Cyfrowy Polsat - Channel 95 |
| | INEA Cable |
| | TK Poznan |
| | Toya (Lodz) |
| | Vectra |
| **Portugal** | Novis |
| | TV Cabo (Cable) |

| | |
|---|---|
| **Qatar** | Qatar Cable |
| **Romania** | DTH Group |
| | iNES Group |
| **Slovakia** | Satro |
| | UPC Direct |
| **Slovenia** | T-2 d.o.o. |
| **South Africa** | Multichoice (Satellite) |
| | Vodacom |
| **Spain** | Cableuropa & Auna Telecommunications |
| | Digital + (Satellite) |
| | France Telecom Espana SA |
| | Jazz Telecom |
| | Orange TV |
| | Wanadoo |
| | ya.com (IPTV) |
| | ZTV-Marina Television |
| **Sri Lanka** | Asset Media (Dialog Telecom) |
| **Sweden** | Boderlight SE |
| | Com Hem/UPC Sweden |
| | Canal Digital Nordic - Channel 57 |
| | Tele2 |
| **Switzerland** | Cablecom (Cable) |
| | NAXOO |
| **Taiwan** | Yes TV (IPTV) |
| **Tanzania** | ITV (Terrestrial) |
| **Thailand** | Buddy TV |
| | Thailand Cable Television Association |
| **Turkey** | Digiturk DTH Eutelsat W3A FTA |
| | Turksat |
| **United Arab Emirates** | Aria Production Inc |
| | DU |
| | Etisalat |
| | Evision |
| **United Kingdom** | Sky Digital - Channel 514 |
| **USA** | GlobeCast World TV |
| | Buckeye Cable, Ohio |
| | Burlington Cable, Vermont |
| | Washington Cable (Washington, DC) |
| | Fision (IPTV) |
| | JumpTV (Broadband) |
| | VDC (Broadband) |
| **Uganda** | Nation TV |

© Aljazeera.net 2003-2007 - Powered by iHorizons"





**Press TV online now**



European club pursuit of An...

**■ GMT 0-2:15 AM**    A Saudi paper criticizes Pres. Bush for his wrong Iran policies.    Search

**Home Page**
**Iran**
**Middle East**
**US**
**Asia/Pacific**
**Africa**
**Europe**
**Americas**
**Sci/Tech**
**Health**
**Sports**
**Society**
**Business**
**Most Popular**

- - - - - - - - - - - - - - -

Programs |

Schedule |

Mobiles |

News Feeds |

Newsletter |

- - - - - - - - - - - - - - -

**About Us**
**Contact Us**
**Feedback**

- - - - - - - - - - - - - - -



**Online questionnaire**

- - - - - - - - - - - - - - -



**Cartoon contest**

## About Us

**Press TV takes revolutionary steps as the first Iranian international news network, broadcasting in English on a round-the-clock basis.**

**Our global Tehran-based headquarters is staffed with outstanding Iranian and foreign media professionals.**

**Press TV is extensively networked with bureaus located in the world's most strategic cities.**

## Aims

**Press TV aims to offer expansive news coverage, specifically delving into Middle Eastern current affairs.**

**Press TV delivers unbiased reporting of controversial global news, as well as broadcasting cutting-edge documentaries and programs of political, social, and economic importance.**

**Press TV aims to adduce in-depth and complete analyses of current affairs, portraying viewpoints, which are often ignored by current mainstream media outlets.**

## Vision

**Heeding the often neglected voices and perspectives of a great portion of the world;**

**Embracing and building bridges of cultural understanding;**

**Encouraging human beings of different nationalities, races and creeds to identify with one another;**

**Bringing to light untold and overlooked stories of individuals who have experienced the vitality and versatility of political and cultural divides firsthand.**



## Frequencies

**ArabSat 2B (30.5E)**
12644
3000
3/4
H

**Badr C (26.2E)**
3880
27500
3/4
R(H)

**Badr 4 (26E)**
12054
27500
3/4
V

**Galaxy 25 (97W) 12053**

22000
3/4
V

**Optus D2 (152E) 12706**

22500
3/4
V

**AsiaSat 2 (100.5E)**
3660
27500
3/4
V

**Hot Bird 8 (13E)**
12437
27500
3/4
H

**AsiaSat 3S (105.5E)**
12352
30000
3/4
V

**HispaSat 1C (30W)**
12172
27500
3/4
H

**Intelsat902(62E)**
11555
27500
3/4
V

**IntelSat 10 (pas10)
(68.5E)**
12682
26657
1/2
H

**Home | About Us | Feedback | Contact Us**

© Press TV 2007. All rights reserved. Our privacy Policy

## CCTV International Overview

CCTV International (CCTV-9) is the English-language 24-hour news channel of China Central Television, China´s largest national TV network. Launched on September 25, 2000, CCTV International is dedicated to reporting news and information to its global audience, with a special focus on China. With a team of experienced and committed journalists, CCTV International is China´s contribution to greater diversity and more perspective in the global information flow.

With its new lineup starting May 3rd, 2004, CCTV International increased coverage of world events, in addition to its focus on China. CCTV International emphasizes a Chinese perspective while striving to give a more balanced picture of the world.

CCTV International covers the globe via six satellites. Its programs can now be seen by 45 million subscribers outside China. 24 hours a day, seven days a week, CCTV International provides viewers with a host of news and feature programs.

## Feedback

Division
Select the CCTV division you wish to contact:    World Wide Watch

Your Name
First Name:
Last Name:

Email Address
Email Address:

Your Message

Message:

(Note: All fields are required)

**Contact Info**

If you have web specific feedback or inquiries, please contact CCTV International.

**CCTV International**
11B Fuxing Road
Media Center
Beijing, China 100038
Email:cctv-9@cctv.com

Please direct show specific inquiries (ie. Culture Express, Biz China, etc.) to program divisions by selecting the appropriate program name in the feedback drop down menu.

**Get the Channel**

Adjustments of satellite parameter on CCTV-International programs

Details »

How to receive CCTV-International programs?

Details »

# How to receive CCTV-9 programs

## Source: cctv.com

## 12-31-2005 16:37

### Notice 1: Satellite Transfer on CCTV-4 (Asian)/9/E&F (August 1st 2007)

### Notice 2: Adjustments of Satellite Coverage and Band Width on CCTV-4, CCTV-9 and CCTV-E&F (August 15th 2006)

### CCTV-9 SATELLITE SPECIFICATION:

| Satellite | PAS-8 | PAS-9 | PAS-10 | Asiasat-2 | Asiasat-3S |
|---|---|---|---|---|---|
| Beam & Band | Asia Pacific Beam (C-band) | American Beam (C-band) | Europe Africa Middle East Asia Beam (C-band) | East Asia Beam (Ku-band) | Asia Beam (C-band) |
| Transponder | 6C | 10C | 9C | K9 | 13H |
| Orbit of Satellite | 166°EL | 58°WL | 68.5°EL | 100.5°EL | 105.5°EL |
| Uplink Frequency | 6054 | 6105 | 6014.5 | 14252 | 6354 |
| Uplink Polarization | V | V | H | V | V |
| Downlink Frequency | 3829 | 3880 | 4089.5 | 12452 | 4129 |
| Downlink Polarization | H | H | H | H | H |
| Symbol Rate (Ms/s) | 13.24 | 27.69 | 13.24 | 13.24 | 13.24 |
| FEC | 3/4 | 7/8 | 3/4 | 3/4 | 3/4 |

If you don't like to install a satellite dish, CCTV-9 is receivable through the cable TV networks of DIRECTV and Time Warner Cable in the USA, go to their websites for detailed information:

http://www.directv.com/DTVAPP/packages/cctv9.jsp

http://www.timewarnercable.com/

Houston area:

http://www.twchouston.com/cable/lineup.html

New York City:

http://www2.twcnyc.com/index2.ftcs.dtv.cfm?c=dtv%2Fblack-dtv%2Fchannel.black.dtv&batchchannel=121

The British Sky Broadcasting also carries CCTV-9. Useful website:

http://www.sky.com/skycom/article/0,,90010-1078333,00.html?CMP=1L20915

For European viewers, you can either subscribe to B-SKY-B cable service or buy satellite antena or mobile TV receiver, please refer to the following website:

http://www.satalogue.com/section8/page9.htm

http://www.cctv.com/english/20051231/101597.shtml

CCTV International

http://www.satalogue.com/section9/page0.htm

Editor:Wang Ping

1/15/2008

# EXHIBIT C

**Current Customer log-in**

· register now
· forgot your username or password?

| Offers ‖ What's on DISH ‖ Our Products ‖ Customer Service | SEARCH |

**What's on DISH**
- International Overview
- African
- Arabic
- Armenian
- Chinese
- Filipino
- French
- German
- Greek
- Israeli
- Italian
- Japanese
- Korean
- Pan-European
- Polish
- Portuguese
- Russian
- South Asian
- Ukrainian
- Urdu
- Vietnamese
- Channel 573
- Arabic Sweepstakes
- Japanese Sweepstakes
- CCA Sweepstakes
- 10 for 10 Back



# DISH Network
## Better **Chinese** Programming for All.

**Monthly Price:**
## $29.99

**Annual Price:**
## $329.89

### GREAT WALL TV PACKAGE

DISH Network now offers the Great Wall TV Package, presented in 100% digital quality. Broadcast 24-hours-a-day this fantastic 17 channel package includes 6 of the very best entertainment channels from CCTV, 7 provincial channels from mainland China and 4 channels provided by partners beyond China.

**New Customers**

**Call Now**

**1-888-288-4110**

**Channels**

- ⦿ GREAT WALL TV PACKAGE
- ○ TAIWANESE MEGA PACK
- ○ CHINESE SUPER PACK

- ○ CHINESE VARIETY PACK
- ○ CHINESE PLUS PACK
- ○ CHINESE SELECT PACK

- ○ SKY LINK ADD ON
- ○ A LA CARTE

ATV HOME CHANNEL (AMERICA)

CCTV-4

CCTV-E

CCTV-OPERA

CYRTV

Fujian Straits TV

HUNAN SATELLITE TV (HTV)

PACVIA TV

PHOENIX NORTH AMERICA CHINESE CHANNEL

BEIJING TV (BTV)

CCTV-9

CCTV-ENTERTAINMENT

CHINA MOVIE CHANNEL (CMC)

DRAGON TV

GUANGDONG SOUTHERN TV (TVS)

JIANGSU INTERNATIONAL CHANNEL

PHOENIX INFONEWS

About Us | Careers | Site Map | Locate Retailer | DISH for Business & MDU | EchoStar Fixed Satellite
Legal Agreements and Policies | Do Not Call Policy | Site Feedback
©Copyright 2008, EchoStar Satellite L.L.C. All rights reserved.

Get DISH Network updates via email
enter e-mail address