DLA PIPER US LLP
Roy K. McDonald (State Bar No. 193691)
roy.mcdonald@dlapiper.com
Stephen A. Chiari (State Bar No. 221410)
stephen.chiari@dlapiper.com
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Telephone: (415) 836-2547
Facsimile: (415) 659-7447

T. WADE WELCH & ASSOCIATES
Richard R. Olsen (*pro hac vice*)
rolsen@twwlaw.com
Timothy M. Frank (*pro hac vice*)
tfrank@twwlaw.com
2401 Fountainview, Suite 700
Houston, Texas 77057
Telephone: (713) 952-4334
Facsimile:  (713) 952-4994

Attorneys for Plaintiffs
ECHOSTAR SATELLITE L.L.C.,
ECHOSTAR TECHNOLOGIES CORPORATION
and NAGRASTAR L.L.C.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>FREETECH, INC., a California Corporation, and DOES 1-10,<br><br>Defendants. | Case No. CV-07-6124(JW)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE DEFENDANT'S COUNTERCLAIMS**<br><br>Hearing Date: March 17, 2008<br>Time:  9:00 a.m. |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  On February 6, 2008, Plaintiffs EchoStar Satellite L.L.C., EchoStar Technologies
3  Corporation, and NagraStar L.L.C. (collectively "EchoStar") moved to dismiss or, alternatively,
4  strike counterclaims one through six of Defendant Freetech, Inc.'s Amended Answer and
5  Counterclaims pursuant to Rule 12(b)(6) and Rule 12(f) of the Federal Rules of Civil Procedure.
6  After full consideration of the reasons set forth in EchoStar's motion, and good cause appearing
7  therefore, **IT IS HEREBY ORDERED THAT:**

8  EchoStar's Motion to Dismiss or, in the alternative, Strike Defendant's Counterclaims is
9  GRANTED. Counterclaims one through six are hereby dismissed pursuant to Rule 12(b)(6)
10 and/or stricken pursuant to Rule 12(f).

12 **IT IS SO ORDERED.**

14 Date: _____

    _____
15  HONORABLE JAMES WARE
    United States District Judge