Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Jonathan Bae (SBN: 229967)
bae@baelawfirm.com
LAW OFFICE OF JONATHAN BAE
2201 Broadway, Suite M5
Oakland, CA 94612
Telephone:   (510) 834-4357
Facsimile:   (510) 663-6731

Attorneys for Defendant and Counterclaimant
FREETECH, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., ECHOSTAR TECHNOLOGIES CORPORATION, and NAGRASTAR L.L.C., <br><br>Plaintiffs, <br><br>vs. <br><br>FREETECH, INC. and DOES 1-10, <br><br>Defendants. | Case No. 07-6124 (JW) <br><br>**ADR CERTIFICATION BY FREETECH, INC. AND COUNSEL** |
| FREETECH, INC., <br><br>Counterclaimant, <br><br>vs. <br><br>ECHOSTAR SATELLITE L.L.C., ECHOSTAR TECHNOLOGIES CORPORATION, and NAGRASTAR L.L.C., <br><br>Counter-defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 26, 2008        FREETECH, INC.

                                By: _____
                                    Heejoun Jin

Dated: February 27, 2008        WINSTON & STRAWN LLP

                                By: _____
                                    Andrew P. Bridges
                                    Jennifer A. Golinveaux
                                    Matthew A. Scherb

Attorneys for Defendant and Counter-claimant Freetech, Inc.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

SF:193189.8

1

Freetech, Inc.'s ADR Certification - Case No. 07-6124 (JW)

Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5894

1  **PROOF OF SERVICE**

2  STATE OF CALIFORNIA         )
                                ) ss
3  COUNTY OF SAN FRANCISCO     )

4      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, Suite 3900, San Francisco, CA 94111- 5894. On February 27, 2008, I served the within document(s):

6  **ADR CERTIFICATION BY FREETECH, INC. AND COUNSEL**

7  on:

9  United States District Court
   Northern District of California
10 Alternative Dispute Resolution Program
   Electronic Mail Address: ADR@cand.uscourts.gov

12 ☐ VIA MAIL: By placing a true copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California for delivery to the above address.

14 ☐ VIA OVERNIGHT COURIER: By tendering to a courier service a true copy of the document(s) listed above for overnight delivery to the above address.

15 ☐ VIA FACSIMILE: By sending such document(s) to the facsimile machine at the number indicated above.

17 ☒ VIA ELECTRONIC MAIL: By sending such document(s) by electronic mail to the addressees' email addresses indicated above.

19     I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. Executed on February 27, 2008, at San Francisco, California.

                                                    Elisabeth L. Egan