Richard R. Olsen (*pro hac vice*)
rolsen@twwlaw.com
Timothy M. Frank (*pro hac vice*)
tfrank@twwlaw.com
T. WADE WELCH & ASSOCIATES
2401 Fountainview, Suite 700
Houston, Texas 77057
Telephone: (713) 952-4334
Facsimile: (713) 952-4994

Roy K. McDonald (State Bar No. 193691)
roy.mcdonald@dlapiper.com
Stephen A. Chiari (State Bar No. 221410)
stephen.chiari@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Telephone: (415) 836-2547
Facsimile: (415) 659-7447

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C. et al., <br><br> Plaintiffs, <br><br> v. <br><br> FREETECH, INC. and DOES 1-10, <br><br> Defendants. | Case No. CV-07-6124(JW) <br><br> **PLAINTIFFS' AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-16** |
| FREETECH, INC., <br><br> Counterclaimant, <br><br> v. <br><br> ECHOSTAR SATELLITE L.L.C. et al., <br><br> Counter-defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2) and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff EchoStar Satellite L.L.C., now known as DISH Network L.L.C., is an indirect wholly-owned subsidiary of DISH Network Corporation, f/k/a EchoStar Communications Corporation. DISH Network Corporation is publicly owned and traded on the NASDAQ national market under the symbol "DISH."

2. Plaintiff EchoStar Technologies Corporation, now known as EchoStar Technologies L.L.C., is an indirect wholly-owned subsidiary of EchoStar Corporation, f/k/a EchoStar Holdings Corporation. EchoStar Corporation is publicly owned and traded on the NASDAQ national market under the symbol "SATS."

3. Plaintiff NagraStar L.L.C. is equally owned by EchoStar Corporation and Kudelski SA. Kudelski SA has its principal place of business at 22-24, Route de Genève, 1033 Cheseaux, Switzerland and is listed on the SWX Swiss Exchange under the symbol "KUD.VX."

DATED: March 7, 2008

Respectfully submitted,

**T. WADE WELCH & ASSOCIATES**

By: /s/ Timothy M. Frank
Richard R. Olsen (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)

Attorneys for Plaintiffs

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On March 7, 2008, I served the within documents:

**PLAINTIFFS' AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-16**

☐ by transmitting the document by electronic mail to ADR@cand.uscourts.gov on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Jonathan S. Bae, Esq.
2201 Broadway, Suite M5
Oakland, CA 94612
Tel: (510) 834-4357
Fax: (510) 663-6731

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 7, 2008, at San Francisco, California.

*Judith A. Fazackerley*
Judith A. Fazackerley

SF\3141321.1

DLA PIPER US LLP
SAN FRANCISCO