United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Echostar Satellite LLC, et al., | NO. C 07-06124 JW |
| Plaintiffs, <br> v. | **ORDER VACATING MARCH 17, 2008 HEARING** |
| Freetech Inc., et al., | |
| Defendants. / | |

The Court finds it appropriate to take Plaintiffs' Motion to Dismiss or, in the Alternative, to Strike Defendant's Counterclaims under submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the hearing presently scheduled for **March 17, 2008** is VACATED. However, the parties shall attend the Case Management Conference presently scheduled for **March 17, 2008 at 10 A.M.**

Dated: March 12, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew P. Bridges abridges@winston.com
Jennifer A. Golinveaux jgolinveaux@winston.com
Matthew Alex Scherb mscherb@winston.com
Richard R. Olsen rolsen@twwlaw.com
Roy Kyo McDonald roy.mcdonald@dlapiper.com
Stephen Andrew Chiari stephen.chiari@dlapiper.com
Timothy M. Frank tfrank@twwlaw.com

**Dated:  March 12, 2008**                              **Richard W. Wieking, Clerk**

                                               **By:  /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**

United States District Court
For the Northern District of California