Timothy M. Frank (*pro hac vice*)
tfrank@twwlaw.com
**T. WADE WELCH & ASSOCIATES**
2401 Fountainview, Suite 700
Houston, Texas 77057
Telephone: (713) 952-4334
Facsimile: (713) 952-4994

Roy K. McDonald (State Bar No. 193691)
roy.mcdonald@dlapiper.com
Stephen A. Chiari (State Bar No. 221410)
stephen.chiari@dlapiper.com
**DLA PIPER US LLP**
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Telephone: (415) 836-2547
Facsimile: (415) 659-7447

Attorneys for Plaintiffs/Counter-defendants

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C. et al., <br><br> Plaintiffs, <br><br> v. <br><br> FREETECH, INC. and DOES 1-10, <br><br> Defendants. | Case No. CV-07-6124 (JW) <br><br> **PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL** |
| FREETECH, INC., <br><br> Counterclaimant, <br><br> v. <br><br> ECHOSTAR SATELLITE L.L.C. et al., <br><br> Counter-defendants. | |

1   PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL

Plaintiffs EchoStar Satellite L.L.C., EchoStar Technologies Corporation, and NagraStar L.L.C. ("Plaintiffs") hereby give notice that Richard R. Olsen has withdrawn as counsel in this case because he is no longer with the T. Wade Welch firm. Mr. Olsen was admitted *pro hac vice* to represent Plaintiffs on December 21, 2007. Plaintiffs have been notified of and approve of his withdrawing, and Plaintiffs remain represented by additional counsel from the T. Wade Welch firm, along with co-counsel from DLA Piper US LLP. Defendant Freetech, Inc. was also made aware of Mr. Olsen's departure from the T. Wade Welch firm in correspondence dated April 24, 2008, and is hereby notified of his withdrawal.

DATED: May 2, 2008

          Respectfully submitted,

          **T. WADE WELCH & ASSOCIATES**

          By: /s/ Timothy M. Frank
              Timothy M. Frank (*pro hac vice*)

          Attorneys for Plaintiffs/Counter-defendants

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On May 2, 2008, I served the within documents:

**PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Jonathan S. Bae, Esq.
2201 Broadway, Suite M5
Oakland, CA  94612
Tel: (510) 834-4357
Fax: (510) 663-6731

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 2, 2008, at San Francisco, California.

_____
Judith A. Fazackerley

DLA PIPER US LLP
SAN FRANCISCO

SF\3141321.1