| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | T. WADE WELCH & ASSOCIATES<br>Chad M. Hagan (*pro hac vice* pending)<br>chagan@twwlaw.com<br>Timothy M. Frank (*pro hac vice* pending)<br>tfrank@twwlaw.com<br>2401 Fountainview, Suite 700<br>Houston, Texas 77057<br>Telephone: (713) 952-4334<br>Facsimile: (713) 952-4994<br><br>DLA PIPER US LLP<br>Roy K. McDonald (State Bar No. 193691)<br>roy.mcdonald@dlapiper.com<br>Stephen A. Chiari (State Bar No. 221410)<br>stephen.chiari@dlapiper.com<br>153 Townsend Street, Suite 800<br>San Francisco, California 94107-1957<br>Telephone: (415) 836-2547<br>Facsimile: (415) 659-7447<br><br>Attorneys for Plaintiffs<br>ECHOSTAR SATELLITE L.L.C.,<br>ECHOSTAR TECHNOLOGIES CORPORATION<br>and NAGRASTAR L.L.C. | **ORIGINAL**<br>**FILED**<br><br>08 MAY 16 PM 2:52<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST OF CA S.J. |

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FREETECH, INC., a California Corporation, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV 07 6124<br><br>**APPLICATION FOR ADMISSION OF CHAD M. HAGAN *PRO HAC VICE*** |

---

CV-07-6124　　　　　　　　　　　　　　　1　　　　　APPLICATION FOR ADMISSION OF
　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY *PRO HAC VICE*

1  Pursuant to Civil L.R. 11-3, Chad M. Hagan, an active member in good standing of the
2  bar of Texas, hereby applies for admission to practice in the Northern District of California on a
3  pro hac vice basis representing EchoStar Satellite L.L.C., EchoStar Technologies Corporation,
4  and NagraStar L.L.C. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Roy K. McDonald (State Bar No. 193691) and Stephen A. Chiari (State Bar No. 221410), DLA PIPER US LLP, 153 Townsend Street, Suite 800, San Francisco, CA, 94107-1957, (415) 836-2547.

I declare under the penalty of perjury that the foregoing is true and correct.

5/14/08
Date

Chad M. Hagan

Case 5:07-cv-06124-JW   Document 32   Filed 05/16/2008   Page 3 of 3

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On May 16, 2008, I served the within documents:

**APPLICATION FOR ADMISSION OF CHAD M. HAGAN *PRO HAC VICE***

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing a messenger to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

Andrew P. Bridges
Jennifer A. Golinveaux
WINSTON & STRAWN, LLP
101 California Street, Suite 3900
San Francisco, CA 94101
Tel.: (415) 591-1000
Fax: (415) 591-1400

Jonathan S. Bae
Attorney at Law
2201 Broadway, Suite M5
Oakland, CA 94612
Tel.: (510) 834-4357
Fax: (510) 663-6731

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 16, 2008, at San Francisco, California.

_Judith A. Fazackerley_
Judith A. Fazackerley

SF\3141321.1