T. WADE WELCH & ASSOCIATES
Chad M. Hagan (*pro hac vice* pending)
chagan@twwlaw.com
Timothy M. Frank (*pro hac vice* pending)
tfrank@twwlaw.com
2401 Fountainview, Suite 700
Houston, Texas 77057
Telephone: (713) 952-4334
Facsimile: (713) 952-4994

DLA PIPER US LLP
Roy K. McDonald (State Bar No. 193691)
roy.mcdonald@dlapiper.com
Stephen A. Chiari (State Bar No. 221410)
stephen.chiari@dlapiper.com
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Telephone: (415) 836-2547
Facsimile: (415) 659-7447

Attorneys for Plaintiffs
ECHOSTAR SATELLITE L.L.C.,
ECHOSTAR TECHNOLOGIES CORPORATION
and NAGRASTAR L.L.C.

RECEIVED

2008 MAY 16 PM 2:51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>FREETECH, INC., a California Corporation, and DOES 1-10,<br><br>Defendants. | Case No.<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF CHAD M. HAGAN *PRO HAC VICE* |

1      Chad M. Hagan, an active member in good standing of the bar of Texas whose business
2  address and telephone number is T. Wade Welch & Associates, 2401 Fountainview, Suite 700,
3  Houston, Texas, 77057, (713) 952-4334, having applied in the above-entitled action for
4  admission to practice in the Northern District of California on a *pro hac vice* basis, representing
5  EchoStar Satellite L.L.C., EchoStar Technologies Corporation, and NagraStar L.L.C.
6      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers by the attorney must indicate appearance *pro hac vice*.
8  Service of papers upon and communication with co-counsel designed in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing.*

12 Dated: _____

                                                            United States Magistrate Judge

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On May 16, 2008, I served the within documents:

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF CHAD M. HAGAN *PRO HAC VICE***

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing a messenger to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

Andrew P. Bridges
Jennifer A. Golinveaux
WINSTON & STRAWN, LLP
101 California Street, Suite 3900
San Francisco, CA 94101
Tel.: (415) 591-1000
Fax: (415) 591-1400

Jonathan S. Bae
Attorney at Law
2201 Broadway, Suite M5
Oakland, CA 94612
Tel.: (510) 834-4357
Fax: (510) 663-6731

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 16, 2008, at San Francisco, California.

Judith A. Fazackerley

DLA PIPER US LLP
SAN FRANCISCO

SF\3141321.1