ORIGINAL
FILED

08 JUN 20 PM 3:23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

1  Chad M. Hagan (*pro hac vice*)
   chagan@twwlaw.com
2  Timothy M. Frank (*pro hac vice*)
   tfrank@twwlaw.com
3  **T. WADE WELCH & ASSOCIATES**
   2401 Fountainview, Suite 700
4  Houston, Texas 77057
   Telephone: (713) 952-4334
5  Facsimile: (713) 952-4994

6
   Roy K. McDonald (State Bar No. 193691)
7  roy.mcdonald@dlapiper.com
   Stephen A. Chiari (State Bar No. 221410)
8  stephen.chiari@dlapiper.com
   **DLA PIPER US LLP**
9  153 Townsend Street, Suite 800
   San Francisco, California 94107-1957
10 Telephone: (415) 836-2547
   Facsimile: (415) 659-7447
11

12 Attorneys for Plaintiffs/Counter-defendants

13

14              **UNITED STATES DISTRICT COURT**
15        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN JOSE DIVISION**
16
   ECHOSTAR SATELLITE L.L.C. et al.,    Case No. CV-07-6124 (JW)
17
              Plaintiffs,               **APPLICATION FOR ADMISSION OF**
18                                       **STEPHEN M. FERGUSON *PRO HAC VICE***
       v.
19
   FREETECH, INC. and DOES 1-10,
20
              Defendants.
21

22 ────────────────────────────
   FREETECH, INC.,
23
              Counterclaimant,
24
       v.
25
   ECHOSTAR SATELLITE L.L.C. et al.,
26
              Counter-defendants.
27

28

                        1    APPLICATION FOR ADMISSION OF
                             ATTORNEY *PRO HAC VICE*

1   Pursuant to Civil L.R. 11-3, Stephen M. Ferguson, an active member in good standing of

2   the bar of Texas, hereby applies for admission to practice in the Northern District of California on

3   a pro hac vice basis representing EchoStar Satellite L.L.C., EchoStar Technologies Corporation,

4   and NagraStar L.L.C. in the above-entitled action.

5   In support of this application, I certify on oath that:

6   1.    I am an active member in good standing of a United States Court or of the highest

7         court of another State or the District of Columbia, as indicated above;

8   2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

9         Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

10        become familiar with the Local Rules and the Alternative Dispute Resolution

11        programs of this Court; and,

12  3.    An attorney who is a member of the bar of this Court in good standing and who

13        maintains an office within the State of California has been designated as co-

14        counsel in the above-entitled action. The name, addess and telephone number of

15        that attorney is: Roy K. McDonald (State Bar No. 193691) and Stephen A. Chiari

16        (State Bar No. 221410), DLA PIPER US LLP, 153 Townsend Street, Suite 800,

17        San Francisco, CA, 94107-1957, (415) 836-2547.

18

19  I declare under the penalty of perjury that the foregoing is true and correct.

20

21

22  _June 18, 2008_                          _Stephen M. Ferguson_

23  Date                                     Stephen M. Ferguson

24

25

26

27

28

2    APPLICATION FOR ADMISSION OF
     ATTORNEY *PRO HAC VICE*