Chad M. Hagan (*pro hac vice*)
chagan@twwlaw.com
Timothy M. Frank (*pro hac vice*)
tfrank@twwlaw.com
**T. WADE WELCH & ASSOCIATES**
2401 Fountainview, Suite 700
Houston, Texas 77057
Telephone: (713) 952-4334
Facsimile: (713) 952-4994

Roy K. McDonald (State Bar No. 193691)
roy.mcdonald@dlapiper.com
Stephen A. Chiari (State Bar No. 221410)
stephen.chiari@dlapiper.com
**DLA PIPER US LLP**
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Telephone: (415) 836-2547
Facsimile: (415) 659-7447

Attorneys for Plaintiffs/Counter-defendants

RECEIVED 2008 JUN 20 PM 3:22 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA S.J.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C. et al., <br><br> Plaintiffs, <br><br> v. <br><br> FREETECH, INC. and DOES 1-10, <br><br> Defendants. <br><br> FREETECH, INC., <br><br> Counterclaimant, <br><br> v. <br><br> ECHOSTAR SATELLITE L.L.C. et al., <br><br> Counter-defendants. | Case No. CV-07-6124 (JW) <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF STEPHEN M. FERGUSON *PRO HAC VICE* |

1  Stephen M. Ferguson, an active member in good standing of the bar of Texas whose
2  business address and telephone number is T. Wade Welch & Associates, 2401 Fountainview,
3  Suite 700, Houston, Texas, 77057, (713) 952-4334, having applied in the above-entitled action
4  for admission to practice in the Northern District of California on a *pro hac vice* basis,
5  representing EchoStar Satellite L.L.C., EchoStar Technologies Corporation, and NagraStar L.L.C.
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers by the attorney must indicate appearance *pro hac vice*.
8  Service of papers upon and communication with co-counsel designed in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: _____                    _____
                                          United States Magistrate Judge