Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Jonathan Bae (SBN: 229967)
bae@baelawfirm.com
LAW OFFICE OF JONATHAN BAE
2201 Broadway, Suite M5
Oakland, CA 94612
Telephone:    (510) 834-4357
Facsimile:    (510) 663-6731

Attorneys for Defendant and Counterclaimant
FREETECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., ECHOSTAR TECHNOLOGIES CORPORATION, and NAGRASTAR L.L.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>FREETECH, INC. and DOES 1-10,<br><br>Defendants. | Case No. 07-6124 (JW)<br><br>[PROPOSED] ORDER GRANTING FREETECH, INC.'S MOTION FOR PROTECTIVE ORDER RE PLAINTIFFS' SUBPOENAS SEEKING THE IDENTITY AND CONTACT INFORMATION FOR EVERY PURCHASER OF FREETECH'S FTA RECEIVERS<br><br>Date:    September 15, 2008<br>Time:    9:00 a.m.<br>Place:   Courtroom 8, 4th Floor, San Jose |
| FREETECH, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ECHOSTAR SATELLITE L.L.C., ECHOSTAR TECHNOLOGIES CORPORATION, and NAGRASTAR L.L.C.,<br><br>Counter-defendants. | |

1  Freetech, Inc's motion for protective order is GRANTED.

2  Plaintiffs are denied access to the information sought by the document request in its July 25,
3  2008 subpoenas to distributors seeking:

> Documents sufficient to identify each Person who purchased or otherwise obtained a Coolsat Receiver or Receivers from You during the period January 1, 2003 to June 30, 2008, including each Person's name, address, phone number, and email address, and the purchase date, purchase price, purchase quantity, and model number for each Receiver.

7  Plaintiffs are enjoined from pursuing or enforcing this portion of the July 25, 2008 subpoenas
8  to distributors.

9  Further, Plaintiffs shall not pursue from third parties information identifying purchasers of
10 Freetech, Inc.'s FTA receivers without a stipulation from Freetech, Inc. or a Court order.

11 SO ORDERED.

13 Date: _____          _____
14                           UNITED STATES DISTRICT JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

[Proposed] Order Granting Freetech, Inc.'s Motion for Protective Order - Case No. 07-6124 (JW)