Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Jonathan Bae (SBN: 229967)
bae@baelawfirm.com
LAW OFFICE OF JONATHAN BAE
2201 Broadway, Suite M5
Oakland, CA 94612
Telephone:    (510) 834-4357
Facsimile:    (510) 663-6731

Attorneys for Defendant and Counterclaimant
FREETECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., ECHOSTAR TECHNOLOGIES CORPORATION, and NAGRASTAR L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> FREETECH, INC. and DOES 1-10, <br><br> Defendants. | **Case No. 07-6124-JW (RS)** <br><br> **STIPULATION AND [PROPOSED] ORDER CHANGING DATE AND TIME OF HEARING ON FREETECH'S MOTION FOR PROTECTIVE ORDER** <br><br> Current Date:  September 15, 2008 <br> Proposed Date:  September 10, 2008 <br> Time:  9:30 a.m. <br> Place:  Courtroom 4, 5th Floor, San Jose |
| FREETECH, INC., <br><br> Counterclaimant, <br><br> vs. <br><br> ECHOSTAR SATELLITE L.L.C., ECHOSTAR TECHNOLOGIES CORPORATION, and NAGRASTAR L.L.C., <br><br> Counter-defendants. | |

Freetech, Inc. ("Freetech") filed a motion for protective order on August 11, 2008 and Freetech noticed a hearing date of Monday, September 15, 2008, a date the parties chose jointly. Upon receipt of the motion, the Court referred all discovery matters to Magistrate Judge Seeborg, who holds hearings for civil motions on Wednesdays, not Mondays. The parties conferred about moving the hearing date to September 17, 2008; however, that date did not work for all counsel. Plaintiffs proposed a hearing date of September 10, 2008 while keeping the briefing schedule associated with the later hearing date. Freetech agreed to this, subject to the Court's approval. (Declaration of Matthew Scherb in Support of Stipulation ("Scherb Decl.") ¶ 2.)

There have been no previous requests to modify time in this case and the proposed change would have no material effect on the progress of this case. (Scherb Decl. ¶ 3.)

Therefore, pursuant to Local Rules 6-2 & 7-12, the parties stipulate and respectfully request an order that:

1. The date and time for the hearing on Freetech's motion for protective order filed August 11, 2008 is now September 10, 2008 at 9:30 a.m. before Magistrate Judge Seeborg.

2. Plaintiffs shall file any opposition by August 25, 2008 and Freetech shall file any reply by September 2, 2008.

Dated: August 15, 2008     **T. WADE WELCH & ASSOCIATES**

By: /s/
Chad M. Hagan (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
Stephen M. Ferguson (*pro hac vice*)
2401 Fountainview, Suite 700
Houston, Texas 77057
Telephone: (713) 952-4334
Facsimile: (713) 952-4994
Attorneys for Plaintiffs/Counter-defendants

Dated: August 15, 2008     **WINSTON & STRAWN LLP**

By: /s/
Andrew P. Bridges (SBN: 122761)
Jennifer A. Golinveaux (SBN: 203056)
Matthew A. Scherb (SBN: 237461)
101 California Street
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Attorneys for Defendant/Counterclaimant

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**CONCURRENCE IN FILING**

Concurrence in the filing of this document was obtained from Chad Hagan.

Dated: August 15, 2008

/s/
Matthew A. Scherb

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2

SF:213390.1 Stipulation and [Proposed] Order Changing Date and Time of Hearing - Case No. 07-6124-JW (RS)