Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Jonathan Bae (SBN: 229967)
bae@baelawfirm.com
LAW OFFICE OF JONATHAN BAE
2201 Broadway, Suite M5
Oakland, CA 94612
Telephone:     (510) 834-4357
Facsimile:      (510) 663-6731

Attorneys for Defendant and Counterclaimant
FREETECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., ECHOSTAR TECHNOLOGIES CORPORATION, and NAGRASTAR L.L.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>FREETECH, INC. and DOES 1-10,<br><br>Defendants. | **Case No. 07-6124-JW (RS)**<br><br>**DECLARATION OF MATTHEW SCHERB IN SUPPORT OF STIPULATION**<br><br>Current Date:     September 15, 2008<br>Proposed Date:   September 10, 2008<br>Time:   9:30 a.m.<br>Place:   Courtroom 4, 5th Floor, San Jose |
| FREETECH, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ECHOSTAR SATELLITE L.L.C., ECHOSTAR TECHNOLOGIES CORPORATION, and NAGRASTAR L.L.C.,<br><br>Counter-defendants. | |

I, Matthew Scherb, declare:

1. I am an attorney at law, duly licensed to practice law in the State of California. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Defendant and Counterclaimant in this action, Freetech, Inc. ("Freetech"), and am authorized to make this declaration in that capacity. I make this declaration of my own personal knowledge and, if called upon to testify, could and would testify competently as stated herein.

2. Freetech filed a motion for protective order on August 11, 2008 and Freetech noticed a hearing date of Monday, September 15, 2008, a date the parties chose jointly. Upon receipt of the motion, the Court referred all discovery matters to Magistrate Judge Seeborg, who holds hearings for civil motions on Wednesdays, not Mondays. The parties conferred about moving the hearing date to September 17, 2008; however, that date did not work for all counsel. Plaintiffs proposed a hearing date of September 10, 2008 while keeping the briefing schedule associated with the later hearing date. Freetech agreed to this, subject to the Court's approval.

3. There have been no previous requests to modify time in this case and the proposed change would have no material effect on the progress of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2008 in San Francisco, California.

                                          /s/
                                  Matthew A. Scherb