Fred von Lohmann, Esq. (State Bar No. 192657)
Matthew J. Zimmerman, Esq. (State Bar No. 212423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FREETECH, INC and DOES 1-10,<br><br>Defendants. | Case No. 07-6124 (JW) (RS)<br><br>**DECLARATION OF FRED VON LOHMANN IN SUPPORT OF MOTION OF THE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF AND TO SHORTEN TIME** |

I, Fred von Lohmann, declare as follows:

1. I am a staff attorney with the Electronic Frontier Foundation (EFF), duly licensed to practice law in the State of California.

2. Defendant Freetech, Inc. has consented to the filing of an *amicus curiae* brief by EFF in support of Defendant Freetech's Motion for Protective Order.

3. On August 12, 2008, I contacted Mr. Chad Hagan, counsel for Plaintiffs, to inquire whether Plaintiffs would consent to the filing the *amicus curiae* brief by EFF. On August 14, 2008, I was informed by Mr. Hagan that Plaintiffs would not consent to the filing of the brief.

4. Under Local Rule 7-2, motions must ordinarily be filed 35 days before the calendared hearing. However, EFF's proposed *amicus* brief is submitted in support of a motion that was itself filed exactly 35 days before it was calendared for hearing. In the interests of efficiency and judicial economy, EFF respectfully moves the court to shorten the time in which it may file the proposed *amicus curiae* brief so that it will be heard on September 15, 2008, along with the underlying motion that it supports.

I declare under penalty of perjury under the laws of the State of California that each of the above statements is true and correct. Executed August 15, 2008, in San Francisco, California.

                                                   /s/
                                       Fred von Lohmann