UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FREETECH, INC and DOES 1-10,<br><br>Defendants. | Case No. 07-6124 (JW) (RS) |

### **[PROPOSED] ORDER**

Upon consideration of the motion of the Electronic Frontier Foundation (EFF) for leave to file an *amicus curiae* brief in support of Defendant's motion for protective order and to shorten time, and the Declaration of Fred von Lohmann in support of, the Court HEREBY GRANTS the motion, and HEREBY ORDERS the *amicus curiae* brief to be FILED in the above-captioned case for hearing on September 15, 2008.

SO ORDERED.

_____                                       _____
Date                                                                                    Magistrate Judge Richard Seeborg