*E-FILED 8/18/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, et al.<br><br>    Plaintiffs,<br>    v.<br>FREETECH, INC., et al.,<br><br>    Defendants. | NO. C 07-6124 JW (RS)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR A PROTECTIVE ORDER** |

Defendant Freetech, Inc. ("Freetech") filed a motion for a protective order on August 11, 2008. The parties stipulated to a hearing date of September 10, 2008, at 9:30am. The Court hereby orders that:

(1) Freetech's motion for a protective order be set for September 10, 2008, at 9:30am.

(2) Plaintiffs shall file any opposition by August 25, 2008.

(3) Freetech shall file any reply by September 2, 2008.

IT IS SO ORDERED.

Dated: 8/18/08

_____
RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Andrew P. Bridges     abridges@winston.com, cfernandez@winston.com, docketsf@winston.com, mabutler@winston.com

Chad M. Hagan     chagan@twwlaw.com

Fred von Lohmann     fred@eff.org

Jennifer A. Golinveaux     jgolinveaux@winston.com, cfernandez@winston.com, docketsf@winston.com

Matthew Alex Scherb     mscherb@winston.com, laegan@winston.com

Richard R. Olsen     rolsen@twwlaw.com

Roy K. McDonald     roy.mcdonald@dlapiper.com, tee.thomas@dlapiper.com

Stephen Andrew Chiari     stephen.chiari@dlapiper.com, judith.fazackerley@dlapiper.com

Timothy M. Frank     tfrank@twwlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/18/08**                                         **Richard W. Wieking, Clerk**

                                                    **By:**      **Chambers**

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND DENYING DEFENDANTS' MOTION TO STRIKE
C 08-1098 RS