Chad M. Hagan (*pro hac vice*)
chagan@twwlaw.com
Timothy M. Frank (*pro hac vice*)
tfrank@twwlaw.com
**T. WADE WELCH & ASSOCIATES**
2401 Fountainview, Suite 700
Houston, Texas 77057
Telephone: (713) 952-4334
Facsimile: (713) 952-4994

Roy K. McDonald (State Bar No. 193691)
roy.mcdonald@dlapiper.com
Stephen A. Chiari (State Bar No. 221410)
stephen.chiari@dlapiper.com
**DLA PIPER US LLP**
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Telephone: (415) 836-2547
Facsimile: (415) 659-7447

Attorneys for Plaintiffs/Counter-defendants

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FREETECH, INC. and DOES 1-10,<br><br>Defendants.<br><br>_____<br><br>FREETECH, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ECHOSTAR SATELLITE L.L.C. et al.,<br><br>Counter-defendants. | Case No. CV-07-6124 (JW)<br><br>**DECLARATION OF CHAD M. HAGAN IN SUPPORT OF OPPOSITION TO FREETECH'S MOTION FOR PROTECTIVE ORDER**<br><br>Date: September 15, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 4th Floor, San Jose |

1

**DECLARATION OF CHAD M HAGAN**

I, Chad M. Hagan, declare:

1. I am an attorney with the law firm of T. Wade Welch & Associates and am duly licensed to practice law in the states of Texas and Colorado. I have also been admitted *pro hac vice* for purposes of the current action between EchoStar and Freetech. I am the counsel of record for Plaintiffs and Counter-defendants in this action, and I am authorized to make this declaration in that capacity. I make this declaration of my own personal knowledge and, if called upon to testify, could and would testify competently as stated herein.

2. On July 25, Plaintiffs served subpoenas ("the July 25 Subpoenas") on several Freetech distributors seeking the following:

> Documents sufficient to identify each Person who purchased or otherwise obtained a Coolsat Receiver or Receivers from You during the period January 1, 2003 to June 30, 2008, including each Person's name, address, phone number, and email address, and the purchase date, purchase price, purchase quantity, and model number for each Receiver.

3. Counsel for both parties met and conferred regarding the information sought in the July 25 Subpoenas.

4. Plaintiffs offered to enter into a stipulated protective order limiting the use of the evidence to attorneys and experts only. Plaintiffs explained to Defendnats the relevance of the evidence, its discoverability, and provided supporting case law prior to Defendants filing the instant Motion. These efforts were unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 25, 2008 in Houston, Texas.

/s/   Chad M. Hagan
Chad M. Hagan

DECLARATION OF CHAD M HAGAN

1