UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 28min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:  FTR  
COURTROOM DEPUTY: MARTHA PARKER BROWN  

DATE: 9/10/08  
CASE #: C 07-06124JW  

CASE TITLE: ECHOSTAR SATELLITE  VS.  FREETECH, ET AL

**Appearances for Plaintiff(s)**

 CHAD M. HAGAN 

 DAVID M. NOLL 

**Appearances for Defendant(s)**

 ANDREW P. BRIDGES 

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| { } | {X} | { } | 1. | FOR PROTECTIVE ORDER |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED        [  ] DENIED        [  ] SUBMITTED        [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

{  } Cont'd to           @           For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:   THE MATTER IS ARGUED BY COUNSEL.  THE COURT WILL ISSUE A WRITTEN ORDER.