1  Submitted Jointly

2  Submitting counsel identified on
3  Accompanying signature pages

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C. et al., | Case No. CV-07-6124-JW-RS |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER AMENDING SCHEDULING ORDER PURSUANT TO JOINT STIPULATION** |
| FREETECH, INC. and DOES 1-10, | |
| Defendants. | |
| FREETECH, INC., | |
| Counterclaimant, | |
| v. | |
| ECHOSTAR SATELLITE L.L.C. et al., | |
| Counter-defendants. | |

1   [PROPOSED] ORDER AMENDING SCHEDULING ORDER

After considering the Parties' Joint Stipulation and Request to Amend the Scheduling Order and for good cause shown, the Court hereby GRANTS the Parties' Joint Stipulation and ORDERS that the following schedule shall govern the disposition of this case:

**Amended Case Schedule:**

| | |
|---|---|
| Close of All Discovery | September 7, 2009 |
| Last Date for Hearing Dispositive Motions (= *60 days after the Close of All Discovery*) | November 9, 2009 |
| Preliminary Pretrial Conference at 11 a.m. | **August 31, 2009** |
| Preliminary Pretrial Conference Statements (*Due 10 days before conference*) | **August 21, 2009** |

It is so ORDERED.

The Court will not entertain further request for extension of the case schedule. The parties shall work in good faith to advance the case within the schedule set forth above.

Dated: March 19, 2009

_____
HONORABLE JAMES WARE
United States District Judge

2   [PROPOSED] ORDER AMENDING SCHEDULING ORDER